SUM-100

# SUMMONS
## *(CITACION JUDICIAL)*

**NOTICE TO DEFENDANT:** KIRK J. NAKAMURA, DAVID YAMASAKI,
*(AVISO AL DEMANDADO):* TODD SPITZER, RALPH DIAZ, ATLANTIC
FINANCIAL, PACIFIC INVESTMENT MANAGEMENT COMPANY, and
DOES 1 through 10, inclusive, Defendants.

**YOU ARE BEING SUED BY PLAINTIFF:** SEKAYI RUDO WHITE
*(LO ESTÁ DEMANDANDO EL DEMANDANTE):*

FOR COURT USE ONLY
*(SOLO PARA USO DE LA CORTE)*

CONFIRMED COPY
ORIGINAL FILED
Superior Court of California
County of Los Angeles

AUG 19 2020

Sherri R. Carter, Executive Officer/Clerk of Court

By: Glorietta Robinson, Deputy

**NOTICE!** You have been sued. The court may decide against you without your being heard unless you respond within 30 days. Read the information below.

You have 30 CALENDAR DAYS after this summons and legal papers are served on you to file a written response at this court and have a copy served on the plaintiff. A letter or phone call will not protect you. Your written response must be in proper legal form if you want the court to hear your case. There may be a court form that you can use for your response. You can find these court forms and more information at the California Courts Online Self-Help Center (*www.courtinfo.ca.gov/selfhelp*), your county law library, or the courthouse nearest you. If you cannot pay the filing fee, ask the court clerk for a fee waiver form. If you do not file your response on time, you may lose the case by default, and your wages, money, and property may be taken without further warning from the court.

There are other legal requirements. You may want to call an attorney right away. If you do not know an attorney, you may want to call an attorney referral service. If you cannot afford an attorney, you may be eligible for free legal services from a nonprofit legal services program. You can locate these nonprofit groups at the California Legal Services Web site (*www.lawhelpcalifornia.org*), the California Courts Online Self-Help Center (*www.courtinfo.ca.gov/selfhelp*), or by contacting your local court or county bar association. NOTE: The court has a statutory lien for waived fees and costs on any settlement or arbitration award of $10,000 or more in a civil case. The court's lien must be paid before the court will dismiss the case.

*¡AVISO! Lo han demandado. Si no responde dentro de 30 días, la corte puede decidir en su contra sin escuchar su versión. Lea la información a continuación.*

*Tiene 30 DÍAS DE CALENDARIO después de que le entreguen esta citación y papeles legales para presentar una respuesta por escrito en esta corte y hacer que se entregue una copia al demandante. Una carta o una llamada telefónica no lo protegen. Su respuesta por escrito tiene que estar en formato legal correcto si desea que procesen su caso en la corte. Es posible que haya un formulario que usted pueda usar para su respuesta. Puede encontrar estos formularios de la corte y más información en el Centro de Ayuda de las Cortes de California (www.sucorte.ca.gov), en la biblioteca de leyes de su condado o en la corte que le quede más cerca. Si no puede pagar la cuota de presentación, pida al secretario de la corte que le dé un formulario de exención de pago de cuotas. Si no presenta su respuesta a tiempo, puede perder el caso por incumplimiento y la corte le podrá quitar su sueldo, dinero y bienes sin más advertencia.*

*Hay otros requisitos legales. Es recomendable que llame a un abogado inmediatamente. Si no conoce a un abogado, puede llamar a un servicio de remisión a abogados. Si no puede pagar a un abogado, es posible que cumpla con los requisitos para obtener servicios legales gratuitos de un programa de servicios legales sin fines de lucro. Puede encontrar estos grupos sin fines de lucro en el sitio web de California Legal Services, (www.lawhelpcalifornia.org), en el Centro de Ayuda de las Cortes de California, (www.sucorte.ca.gov) o poniéndose en contacto con la corte o el colegio de abogados locales. AVISO: Por ley, la corte tiene derecho a reclamar las cuotas y los costos exentos por imponer un gravamen sobre cualquier recuperación de $10,000 ó más de valor recibida mediante un acuerdo o una concesión de arbitraje en un caso de derecho civil. Tiene que pagar el gravamen de la corte antes de que la corte pueda desechar el caso.*

| The name and address of the court is: LOS ANGELES COUNTY SUPERIOR COURT<br>*(El nombre y dirección de la corte es):* STANLEY MOSK COURTHOUSE<br>111 N. Hill Street<br>Los Angeles, CA 90012 | CASE NUMBER:<br>*(Número del Caso):*<br>20STCV28190 |
|---|---|

The name, address, and telephone number of plaintiff's attorney, or plaintiff without an attorney, is:
*(El nombre, la dirección y el número de teléfono del abogado del demandante, o del demandante que no tiene abogado, es):*
Sekayi R. White AM3169, Mule Creek State Prison
P.O. Box 409090, Ione, CA 95640

DATE: AUG 19 2020                    Clerk, by _____, Deputy
*(Fecha)*                            *(Secretario)*   Glorietta Robinson    *(Adjunto)*

*(For proof of service of this summons, use Proof of Service of Summons (form POS-010).)*
*(Para prueba de entrega de esta citatión use el formulario Proof of Service of Summons, (POS-010)).*

**NOTICE TO THE PERSON SERVED:** You are served
1. [X] as an individual defendant.
2. [ ] as the person sued under the fictitious name of *(specify):*

3. [ ] on behalf of *(specify):*

   under: [ ] CCP 416.10 (corporation)         [ ] CCP 416.60 (minor)
          [ ] CCP 416.20 (defunct corporation) [ ] CCP 416.70 (conservatee)
          [ ] CCP 416.40 (association or partnership) [ ] CCP 416.90 (authorized person)
          [ ] other *(specify):*
4. [ ] by personal delivery on *(date):*

Page 1 of 1

Form Adopted for Mandatory Use
Judicial Council of California
SUM-100 [Rev. July 1, 2009]

**SUMMONS**

Code of Civil Procedure §§ 412.20, 465
www.courtinfo.ca.gov

CM-010

| ATTORNEY OR PARTY WITHOUT ATTORNEY *(Name, State Bar number, and address):* | FOR COURT USE ONLY |
|---|---|
| Sekayi R. White AM3169, Mule Creek State Prison<br>P.O. Box 409090, 4001 Highway 104<br>Ione, CA 95640<br>TELEPHONE NO.:                    FAX NO.:<br>ATTORNEY FOR *(Name):* In Propria Persona | CONFORMED COPY<br>ORIGINAL FILED<br>Superior Court of California<br>County of Los Angeles<br><br>JUL 2 4 2020<br><br>Sherri R. Carter, Executive Officer/Clerk of Court<br>By _____, Deputy<br>Steven Drew |

SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES
STREET ADDRESS: 111 North Hill Street
MAILING ADDRESS:
CITY AND ZIP CODE: Los Angeles, CA 90012
BRANCH NAME: Stanley Mosk Courthouse

CASE NAME:
WHITE v. NAKAMURA ET AL.

| CIVIL CASE COVER SHEET<br>[X] Unlimited    [ ] Limited<br>(Amount demanded exceeds $25,000)   (Amount demanded is $25,000 or less) | Complex Case Designation<br>[ ] Counter   [ ] Joinder<br>Filed with first appearance by defendant<br>(Cal. Rules of Court, rule 3.402) | CASE NUMBER:<br>20STCV28190<br>JUDGE:<br>DEPT: |
|---|---|---|

*Items 1–6 below must be completed (see instructions on page 2).*

1. Check **one** box below for the case type that best describes this case:

**Auto Tort**
- [ ] Auto (22)
- [ ] Uninsured motorist (46)

**Other PI/PD/WD (Personal Injury/Property Damage/Wrongful Death) Tort**
- [ ] Asbestos (04)
- [ ] Product liability (24)
- [ ] Medical malpractice (45)
- [ ] Other PI/PD/WD (23)

**Non-PI/PD/WD (Other) Tort**
- [ ] Business tort/unfair business practice (07)
- [ ] Civil rights (08)
- [ ] Defamation (13)
- [ ] Fraud (16)
- [ ] Intellectual property (19)
- [ ] Professional negligence (25)
- [ ] Other non-PI/PD/WD tort (35)

**Employment**
- [ ] Wrongful termination (36)
- [ ] Other employment (15)

**Contract**
- [ ] Breach of contract/warranty (06)
- [ ] Rule 3.740 collections (09)
- [ ] Other collections (09)
- [ ] Insurance coverage (18)
- [ ] Other contract (37)

**Real Property**
- [ ] Eminent domain/Inverse condemnation (14)
- [ ] Wrongful eviction (33)
- [ ] Other real property (26)

**Unlawful Detainer**
- [ ] Commercial (31)
- [ ] Residential (32)
- [ ] Drugs (38)

**Judicial Review**
- [ ] Asset forfeiture (05)
- [ ] Petition re: arbitration award (11)
- [ ] Writ of mandate (02)
- [ ] Other judicial review (39)

**Provisionally Complex Civil Litigation (Cal. Rules of Court, rules 3.400–3.403)**
- [ ] Antitrust/Trade regulation (03)
- [ ] Construction defect (10)
- [ ] Mass tort (40)
- [X] Securities litigation (28)
- [ ] Environmental/Toxic tort (30)
- [ ] Insurance coverage claims arising from the above listed provisionally complex case types (41)

**Enforcement of Judgment**
- [ ] Enforcement of judgment (20)

**Miscellaneous Civil Complaint**
- [ ] RICO (27)
- [ ] Other complaint *(not specified above)* (42)

**Miscellaneous Civil Petition**
- [ ] Partnership and corporate governance (21)
- [ ] Other petition *(not specified above)* (43)

2. This case [XX] is [ ] is not    complex under rule 3.400 of the California Rules of Court. If the case is complex, mark the factors requiring exceptional judicial management:
   a. [X] Large number of separately represented parties
   b. [ ] Extensive motion practice raising difficult or novel issues that will be time-consuming to resolve
   c. [ ] Substantial amount of documentary evidence
   d. [ ] Large number of witnesses
   e. [X] Coordination with related actions pending in one or more courts in other counties, states, or countries, or in a federal court
   f. [ ] Substantial postjudgment judicial supervision

3. Remedies sought *(check all that apply):* a. [X] monetary   b. [X] nonmonetary; declaratory or injunctive relief   c. [X] punitive
4. Number of causes of action *(specify):* (7) SEVEN
5. This case [ ] is [X] is not   a class action suit.
6. If there are any known related cases, file and serve a notice of related case. *(You may use form CM-015.)*

Date: July 15, 2020

Sekayi R. White
(TYPE OR PRINT NAME)                          (SIGNATURE OF PARTY OR ATTORNEY FOR PARTY)

---

**NOTICE**
- Plaintiff must file this cover sheet with the first paper filed in the action or proceeding (except small claims cases or cases filed under the Probate Code, Family Code, or Welfare and Institutions Code). (Cal. Rules of Court, rule 3.220.) Failure to file may result in sanctions.
- File this cover sheet in addition to any cover sheet required by local court rule.
- If this case is complex under rule 3.400 et seq. of the California Rules of Court, you must serve a copy of this cover sheet on all other parties to the action or proceeding.
- Unless this is a collections case under rule 3.740 or a complex case, this cover sheet will be used for statistical purposes only.

Page 1 of 2

Form Adopted for Mandatory Use
Judicial Council of California
CM-010 [Rev. July 1, 2007]

CIVIL CASE COVER SHEET

Cal. Rules of Court, rules 2.30, 3.220, 3.400–3.403, 3.740;
Cal. Standards of Judicial Administration, std. 3.10
www.courtinfo.ca.gov

**CM-010**

## INSTRUCTIONS ON HOW TO COMPLETE THE COVER SHEET

**To Plaintiffs and Others Filing First Papers.** If you are filing a first paper (for example, a complaint) in a civil case, you **must** complete and file, along with your first paper, the Civil Case Cover Sheet contained on page 1. This information will be used to compile statistics about the types and numbers of cases filed. You must complete items 1 through 6 on the sheet. In item 1, you must check **one** box for the case type that best describes the case. If the case fits both a general and a more specific type of case listed in item 1, check the more specific one. If the case has multiple causes of action, check the box that best indicates the **primary** cause of action. To assist you in completing the sheet, examples of the cases that belong under each case type in item 1 are provided below. A cover sheet must be filed only with your initial paper. Failure to file a cover sheet with the first paper filed in a civil case may subject a party, its counsel, or both to sanctions under rules 2.30 and 3.220 of the California Rules of Court.

**To Parties in Rule 3.740 Collections Cases.** A "collections case" under rule 3.740 is defined as an action for recovery of money owed in a sum stated to be certain that is not more than $25,000, exclusive of interest and attorney's fees, arising from a transaction in which property, services, or money was acquired on credit. A collections case does not include an action seeking the following: (1) tort damages, (2) punitive damages, (3) recovery of real property, (4) recovery of personal property, or (5) a prejudgment writ of attachment. The identification of a case as a rule 3.740 collections case on this form means that it will be exempt from the general time-for-service requirements and case management rules, unless a defendant files a responsive pleading. A rule 3.740 collections case will be subject to the requirements for service and obtaining a judgment in rule 3.740.

**To Parties in Complex Cases.** In complex cases only, parties must also use the Civil Case Cover Sheet to designate whether the case is complex. If a plaintiff believes the case is complex under rule 3.400 of the California Rules of Court, this must be indicated by completing the appropriate boxes in items 1 and 2. If a plaintiff designates a case as complex, the cover sheet must be served with the complaint on all parties to the action. A defendant may file and serve no later than the time of its first appearance a joinder in the plaintiff's designation, a counter-designation that the case is not complex, or, if the plaintiff has made no designation, a designation that the case is complex.

## CASE TYPES AND EXAMPLES

**Auto Tort**
Auto (22)–Personal Injury/Property Damage/Wrongful Death
Uninsured Motorist (46) *(if the case involves an uninsured motorist claim subject to arbitration, check this item instead of Auto)*

**Other PI/PD/WD (Personal Injury/ Property Damage/Wrongful Death) Tort**
Asbestos (04)
  Asbestos Property Damage
  Asbestos Personal Injury/ Wrongful Death
Product Liability *(not asbestos or toxic/environmental)* (24)
Medical Malpractice (45)
  Medical Malpractice– Physicians & Surgeons
  Other Professional Health Care Malpractice
Other PI/PD/WD (23)
  Premises Liability (e.g., slip and fall)
  Intentional Bodily Injury/PD/WD (e.g., assault, vandalism)
  Intentional Infliction of Emotional Distress
  Negligent Infliction of Emotional Distress
  Other PI/PD/WD

**Non-PI/PD/WD (Other) Tort**
Business Tort/Unfair Business Practice (07)
Civil Rights (e.g., discrimination, false arrest) *(not civil harassment)* (08)
Defamation (e.g., slander, libel) (13)
Fraud (16)
Intellectual Property (19)
Professional Negligence (25)
  Legal Malpractice
  Other Professional Malpractice *(not medical or legal)*
Other Non-PI/PD/WD Tort (35)

**Employment**
Wrongful Termination (36)
Other Employment (15)

**Contract**
Breach of Contract/Warranty (06)
  Breach of Rental/Lease Contract *(not unlawful detainer or wrongful eviction)*
  Contract/Warranty Breach–Seller Plaintiff *(not fraud or negligence)*
  Negligent Breach of Contract/ Warranty
  Other Breach of Contract/Warranty
Collections (e.g., money owed, open book accounts) (09)
  Collection Case–Seller Plaintiff
  Other Promissory Note/Collections Case
Insurance Coverage *(not provisionally complex)* (18)
  Auto Subrogation
  Other Coverage
Other Contract (37)
  Contractual Fraud
  Other Contract Dispute

**Real Property**
Eminent Domain/Inverse Condemnation (14)
Wrongful Eviction (33)
Other Real Property (e.g., quiet title) (26)
  Writ of Possession of Real Property
  Mortgage Foreclosure
  Quiet Title
  Other Real Property *(not eminent domain, landlord/tenant, or foreclosure)*

**Unlawful Detainer**
Commercial (31)
Residential (32)
Drugs (38) *(if the case involves illegal drugs, check this item; otherwise, report as Commercial or Residential)*

**Judicial Review**
Asset Forfeiture (05)
Petition Re: Arbitration Award (11)
Writ of Mandate (02)
  Writ–Administrative Mandamus
  Writ–Mandamus on Limited Court Case Matter
  Writ–Other Limited Court Case Review
Other Judicial Review (39)
  Review of Health Officer Order
  Notice of Appeal–Labor Commissioner Appeals

**Provisionally Complex Civil Litigation (Cal. Rules of Court Rules 3.400–3.403)**
Antitrust/Trade Regulation (03)
Construction Defect (10)
Claims Involving Mass Tort (40)
Securities Litigation (28)
Environmental/Toxic Tort (30)
Insurance Coverage Claims *(arising from provisionally complex case type listed above)* (41)

**Enforcement of Judgment**
Enforcement of Judgment (20)
  Abstract of Judgment (Out of County)
  Confession of Judgment *(non-domestic relations)*
  Sister State Judgment
  Administrative Agency Award *(not unpaid taxes)*
  Petition/Certification of Entry of Judgment on Unpaid Taxes
  Other Enforcement of Judgment Case

**Miscellaneous Civil Complaint**
RICO (27)
Other Complaint *(not specified above)* (42)
  Declaratory Relief Only
  Injunctive Relief Only *(non-harassment)*
  Mechanics Lien
  Other Commercial Complaint Case *(non-tort/non-complex)*
  Other Civil Complaint *(non-tort/non-complex)*

**Miscellaneous Civil Petition**
Partnership and Corporate Governance (21)
Other Petition *(not specified above)* (43)
  Civil Harassment
  Workplace Violence
  Elder/Dependent Adult Abuse
  Election Contest
  Petition for Name Change
  Petition for Relief From Late Claim
  Other Civil Petition

CM-010 [Rev. July 1, 2007]                **CIVIL CASE COVER SHEET**

# SUPERIOR COURT OF CALIFORNIA
## COUNTY OF LOS ANGELES

Reserved for Clerk's File Stamp

COURTHOUSE ADDRESS:
Stanley Mosk Courthouse
111 North Hill Street, Los Angeles, CA 90012

**FILED**
Superior Court of California
County of Los Angeles

08/19/2020

Sherri R. Carter, Executive Officer / Clerk of Court

By: _____ I. Arellanes _____ Deputy

PLAINTIFF/PETITIONER:
Sekayi Rudo White

DEFENDANT/RESPONDENT:
Kirk J. Nakamura et al

**CERTIFICATE OF MAILING**

CASE NUMBER:
20STCV28190

I, the below-named Executive Officer/Clerk of the above-entitled court, do hereby certify that I am not a party to the cause herein, and that on this date I served the Minute Order (Court Order Re. Non-Complex Determination;) of 08/19/2020 upon each party or counsel named below by placing the document for collection and mailing so as to cause it to be deposited in the United States mail at the courthouse in Los Angeles, California, one copy of the original filed/entered herein in a separate sealed envelope to each address as shown below with the postage thereon fully prepaid, in accordance with standard court practices.

Sekayi Rudo White
4001 Highway 104
P.O. Box 409090
Ione, CA  95640



Sherri R. Carter, Executive Officer / Clerk of Court

By:  I. Arellanes _____
      Deputy Clerk

Dated: 08/20/2020

**CERTIFICATE OF MAILING**

# SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES
## Civil Division
Central District, Spring Street Courthouse, Department 14

**20STCV28190**                                          August 19, 2020
**SEKAYI RUDO WHITE vs KIRK J. NAKAMURA, et al.**           3:46 PM

Judge: Honorable Kenneth R. Freeman        CSR: None
Judicial Assistant: I. Arellanes           ERM: None
Courtroom Assistant: T. Lewis              Deputy Sheriff: None

APPEARANCES:

For Plaintiff(s): No Appearances

For Defendant(s):  No Appearances

**NATURE OF PROCEEDINGS:** Court Order Re. Non-Complex Determination;

This case is hereby determined to be non-complex within the meaning of Rule 3.400 of the
California Rules of Court. However, this determination does not alter the continuing power of
the judicial officer assigned to the case to deem and manage the case as a complex case.

The case is ordered transferred to Judge Samantha Jessner in Department 1 at the Stanley Mosk
Courthouse for reassignment purposes only.

Complex fees paid, if any, are ordered refunded.

Any party objecting to the non-complex designation must file an objection with proof of service
in Department 14 within ten (10) days of service of this minute order. Any response to the
objection must be filed in Department 14 within seven (7) days of service of the objection. This
Court will make its ruling on the submitted pleadings.

Plaintiff is ordered to serve a copy of this minute order on all parties, forthwith.

Certificate of Mailing is attached.

Sekayi R. White AM3169
Mule Creek State Prison
4001 Highway 104
P.O. Box 409090
Ione, CA 95640

In Propria Persona

CONFORMED COPY
ORIGINAL FILED
Superior Court of California
County of Los Angeles

JUL 2 4 2020

Sherri R. Carter, Executive Officer/Clerk of Court
By _____, Deputy
Steven Drew

IN THE SUPERIOR COURT OF THE STATE OF CALIFORNIA

IN AND FOR THE COUNTY OF LOS ANGELES

| | |
|---|---|
| SEKAYI RUDO WHITE, <br><br>     Plaintiff, <br><br>   v. <br><br> KIRK J. NAKAMURA, DAVID YAMASAKI, TODD SPITZER, RALPH DIAZ, ATLANTIC FINANCIAL, PACIFIC INVESTMENT MANAGEMENT COMPANY, and DOES 1 through 10, inclusive. <br><br>     Defendants. | CASE No.: **20STCV28190** <br><br> COMPLAINT FOR DAMAGES <br><br> DEMAND FOR JURY TRIAL <br><br> "WITHIN THE ADMIRALTY" |

I.

## INTRODUCTION

1.   This is a civil action filed by Sekayi Rudo White, hereafter Plaintiff, a state prisoner alleging multiple violations of Fraud, Securities Fraud, Conversion, Illegal Formation of Contract/Bonds, Identity Theft, Human Trafficking, and RICO Violations.

-1-

2.    Plaintiff makes allegation against Kirk J. Nakamura (Orange County Superior Court Judge), Todd Spitzer (District Attorney), DAVID YAMASAKI (County Clerk), Ralph Diaz (California Department of Corrections and Rehabilitations Secretary), their offices and/or predecessors,  Pacific Investment Management Company/Atlantic Financial and Does 1-10. The above entitled violations were committed by the Defendants against Plaintiff and are the proximate cause for liability and damages.

## II.

## JURISDICTION

3.    Proper Jurisdiction is established in this case "WITHIN THE ADMIRALTY", Court, previously established in the Kocak v. Deddeh case No. 37-2019-00048781, of Orange County Superior Court. Under Art. 111 28 U.S.C. 1333, 1337.

## III.

## PARTIES

4.    Plaintiff SEKAYI RUDO WHITE ("Plaintiff") is and at all times relevant is confined by the California Department of Corrections and Rehabilitations ("CDCR").

5.    Defendant(s): Defendant Judge KIRK J. NAKAMURA ("Judge"), Defendant District Attorney TODD SPITZER ("DA"), Defendant County Clerk DAVID YAMASAKI ("Clerk"), Defendant CDCR Secretary RALPH DIAZ ("Diaz"), their offices and/or predecessors, Pacific Investment Management Company ("PIMCO")/Atlantic Financial, and Does 1-10 at all times relevant are the liable parties.

The true names and capacities, whether individual, corporate, associate, or otherwise, of the defendant named herein as DOES 1 through 10, inclusive, and each of them are unknown to plaintiff, who therefore sues them by such fictitious names. Plaintiff is informed and believes, and thereon alleges, that each of the DOE Defendants is in some manner responsible for the actions and damages alleged in this Complaint. When Plaintiff ascertains the true names and capacities of the DOE Defendants, he will seek leave of Court to amend this Complaint to Identify them by name their true names and capacities.

IV.

## EXHAUSTION OF REMEDIES

6.   This Civil Action is the appropriate remedy available.

## STATEMENT OF FACTS

7.   On October 17, 2006, Plaintiff was arrested and confined at Orange County Mens Jail, County Department of Corrections.

8.   On October 17, 2006, Plaintiff was served Documents identified herein as Indictment documents to later be converted and misappropriated without Plaintiffs knowledge as an Executory Contract.

9.   Plaintiff was at no time given notice that the proposed executory contract was in existence and faulty due to lack of 2 legitimate parties appearing on the face of the contract, to wit "THE PEOPLE OF THE STATE OF CALIFORNIA" which is not a legal party eligible to enter into any contracts due to lack of proper and legal registry with the California Secretary of State Business Programs Division. (See Exhibit A, Inquiry.)

10. Upon completion of Judicial process defendant Judge Nakamura, their offices and/or predecessors offices Does 1 through 10 inclusive, initiated Judicial lien upon Plaintiff indemnifying plaintiff and causing plaintiff to become collateral in order to create illegal business transactions through Surety Bonds, Bid Bonds, Performance Bonds, Corporate Bonds, Grants and diversified other Financial intersts for unjust enrichments.

11. Plaintiff at no time received disclosure that business transactions and enacted by all above named Defendants were to be performed in Plaintiff's Legal Name and Case Number.

12. Defendants their offices and/or predecessors who represent those offices Judge Nakamura, District Attorney Spitzer, and County Clerk Yamasaki, at the issueance of Judicial Lien against Plaintiff did then file a Memorandum of Costs Form MC-010, MC-011, MC-012 which contained information and is the foundational beginning of "Surety Bond" created in Plaintiff's name without Plaintiff's knowledge, or expressed, implied, written, or verbal consent.

13. Defendants and Does 1-10 then passed the Surety Bond betwixt each other, one taking possession from the other the Surety Bond for the purposes of underwriting and converting bond for commercial and international trade/sale and were unjustly enriched.

14. Plaintiff at no time received disclosure of these transactions nor gave any form of consent implied or otherwise.

//

-4-

15. Plaintiff was then moved to storage facilities to be held as collateral by Defendant Diaz who acts as Bailee for and/or under the illegally formed executory contract and subsequent bond arising from Judicial lien.

16. Pursuant to Penal Code § 236.1. All Defendants under Constructive Law Standard did engage in Human Trafficking as Plaintiff suffered illegal transportation of his flesh and blood person under the auspices of an illegally formed executory contract.

17. Plaintiff is informed and believes, and based upon that information and belief, that each defendant knowingly acted in concert conspired and agreed together among themselves, entered into a combination and systemized campaign to, inter alia, damage plaintiff and to otherwise consciously and/or recklessly act in derogation to plaintiffs information and belief, and to all appearances, Defendants represents a unified body so that the actions of one Defendant were accomplished in concert with, and with the knowledge, ratification, authorization and approval of each of the other Defendants. All Defendants under Constructive Law Standard did Violate RICO violations upon Plaintiff by unjustly enriching themselves through illegal business conducted from the illegal formation of executory contract.

18. All bonds created resulting from Judicial lien against Plaintiff and subsequent equity transfers, gains, and grants are violations of Federal Securities Exchange Commission laws as Plaintiff did not at any time sign for, agree to, or have knowledge of any such business dealings in his name and case number.

19. Plaintiff was not notified at any time that equitable value and gains were converted by defendants one and all to various grants and diverse investments used to unjustly enrich the defendants illegally.

20. Defendants: Judge, DA, Clerk, Diaz, and their offices and/or predecessors, did conspire to illegally use Plaintiff's identity without his expressed consent implied or actual, all other defendant's are complicit under Constructive Law.

21. Defendants have failed to properly claim taxable gains from subsequent unjust enrichmens and interest gained yearly as required.

22. Defendants have not filed Franchise Tax forms 1096, OID Form 1099, or reported INC or PRC on any of the illegal business gains from the diverse and complex secured investments resulting from the illegal formation of the execurtoy contract.

23. Defendants under Constructive Law have committed Fraud Pursuant to Penal Code §§ 182.12, 182, 72, and 531(a) through actions performed by enforcing an unenforceable executory contract.

24. Defendants under Constructive Law are in violation of S.E.C. law and have committed Securities Fraud in creating bonds and various other financial transactions within Trade and Commerce internationally via illegal executory contract.

//

//

-6-

25. No lawful jurisdiction was ever established upon Plaintiff through use of illegal formation of executory contract.

26. The Alleged victim(s) in Plaintiff's case received no compensations equal to or commensurate with the amount(s) ammassed by the defendants who under the auspices of acting on behalf of the alleged victims, yet defendants failed to informf the alleged victims of their illegal activities of junjust enrichment and did not share any portions of the enrichments which was supposedly in the interest of justice for the alleged victim(s).

27. At no time has the amounts of unjust enrichment gains been disclosed to either the Plaintiff or his alleged victim(s) who are the primary parties of interest and relevance to the initiation of Executory Contract conveyed through Fraud by the Defendants.

28. Plaintiff establishes Illegal formation of executory contract based on Federal Order of Discharge of Incarceration Debt established by Wells case #18-13009-B-7, Kocak Case #18-10031-A-7 whereas both cases established that their indictments were in fact illegal formations of executory contract, and as such fraudulent. (See Exhibit B, Form(s).)

29. Defendants therefore are the liable and responsible parties for damages and injury to plaintiff.

//

//

//

-7-

## FIRST CAUSE OF ACTION
(Illegal Formation of Contract/Bond)
(California Civil Code §§ 1550 (1-4),
1556, 1558, 1565, 1567, 1568, 1569,
1571, 1572, 1573, 1580, 1581, and 1668)

30.   Plaintiff   re-alleges   and   incorporates   facts   in Plaintiff's   Statement   of   Facts   paragraphs   7-29,   declaring Defendants:   Judge,   DA,   Clerk,   Diaz,   their   offices   and/or predecessors,   Pacific   Investments   Management   Company/Atlantic Financial,   and   Does   1-10   inclusive   are   the   proximate   cause   for damages   to   plaintiff   by   imposing   and   unenforceable   illegally formed   Executory   Contract.   Above   named   Defendants   did   unlawfully and   fraudulently   impose   Jurisdiction   through   the   illegally   formed executory   contract   identified   herein   as   Plaintiff's   indictment.

31.   Defendant's   relied   upon   "THE   PEOPLE   OF   THE   STATE   OF CALIFORNIA"   as   a   legitimate   party   to   a   Contract.   No   such   entity, business,   corporation   or   person   is   registered   with   the   California Secretary   of   State's   Business   Program   division   as   required   to conduct   legal   business   and   contract   within   the   State   of California. (See Exhibit A, Inquiry.)

32.   Pursuant   to   CC § 1558   the   identification   of   parties   is necessary.   Pursuant   to   CC § 1550   parties   must   be   capable   of contracting.   Defendants   using   "THE   PEOPLE   OF   THE   STATE   OF CALIFORNIA"   as   a   party   to   a   contract   is   factually   illegal   as   no such   party   is   entitled   to   contract   in   any   form   or   conduct business.

//

//

//

When defendants submitted "THE PEOPLE OF THE STATE OF CALIFORNIA" as a plaintiff and listed the Plaintiff herein as the Defendant then through Judicial process initiated a Judicial Lien upon Plaintiff the Executory Contract was illegal in full and all aspects of said contract are therefore subject to claim of damages by plaintiff.

33. No legal party was produced by the defendants registered as an entity, business, or corporation that could legally enter into contract which was imposed upon Plaintiff.

34. Defendants further compounded issue by failing to disclose all aspects of business to be performed in Plaintiff's Name and lacks plaintiffs knowledge, consent, and required signature with which to initiate any Bond type. Such actions by the Defendants constitute Fraud pursuant to CC §§ 1572, 1573, 1575, 1580, and 1581.

35. Defendants then placed a Judicial lien against Plaintiff illegally indemnifying his person of flesh and blood causing him to become collateral against Surety Bonds created and signed for by Defendant Judge Nakamura. Upon completion of the Judicial lien selfsame Defendant ordered Clerk of the Court to submit Memorandum of Cost forms MC-010, MC-011, and MC-012 itemizing incurred expenses of the court and inception of the Surety Bond which is listed on the MC forms, done expressly contrary to policy of law. CC § 1668.

//

//

//

36. Defendants have committed Fraud, securities fraud, identity theft, conversion, Human trafficking, and numerous RICO violations stemming from the illegal formation of the executory contract.

37. Defendants one and all are therefore the proximate and responsible parties which caused damage to the Plaintiff in this cause of Action.

## SECOND CAUSE OF ACTION
### (Fraud)
#### (California Civil Code §§ 1572 and 1573)

38. Plaintiff re-alleges and incoporates facts in Statement of Facts and Causes of Action paragraphs 7-38, declaring Defendants of listed parties (all) inclusive, are the proximate and responsible cause of damage to Plaintiff for Fraud as defined in CC §§ 1572, 1573 as both actual and constructive.

39. The defendants did initiate and submitt an executory contract to Plaintiff which was not a legal formation of contract due to the lack of two legitimate parties. Defendants did effect illegal business without duly and rightfully disclosing such acts to plaintiff at any time as required under contract rules previously cited. Defendants knowingly imposed to plaintiff under false pretenses the illegal executory contract.

40. The defendants did use illegally and without plaintiff's consent his identity for the purposes of unjust enrichment through illegal business practices stemming for the imposition of an executory contract.

//

-10-

41. The defendants did upon instituting the Judicial Lien against Plaintiff then fraudulently indemnify Plaintiff without his knowledge and proceeded to create a Surety bond to convert to furhter unjust enrichments formed from fraud and the illegal executory contract.

42. The defendants having created the Surety bond by submitting the MC-010, 011, 012 forms then had the Bond underwritten which then caused the plaintiff to become collateral against the progressions of the future investments and illegal business conducted by the defendants.

43. In creating the unjust enrichments from the illegal formation of the executory contract which in and of itself was fraudulent all other actions of the defendants relevant to unjust enrichment constitute Actual and Constructive Fraud as such the defendants are the proximate and responsible parties for damages inflicted upon Plaintiff. (See Exhibit C, PIMCO.)

### THIRD CAUSE OF ACTION
(Identity Theft)
(Penal Code § 531(a))

44. Plaintiff re-alleges and incorporates Statement of Facts and Causes of Action paragraphs 7-43, as proof, declaring Defendant of listed Parties (all) are the proximate and responsible parties that caused damage to Plaintiff for Identity theft as defined in Penal Code § 531(a).

//
//
//

-11-

45.  The Defendants did unlawfully utilize Plaintiff's Legal Name and case number (#) to procure and use for unjusts enrichment by first imposing an uneforceable contract, indemnifying plaintiff through Judicial lien, creating Surety Bonds which were converted into various other business ventures and gained equitable value all in Plaintiff's name without his expressed, implied consent or knowledge.

46.  Creation of the many diverse business transactions in the name of the plaintiff without his knowledge or consent is identified as Identity theft and is the proximate cause of damage to the plaintiff.

47.  The defendants are the responsible parties and proximate cause of harm to the plaintiff in this cause of action.

<center>

FOURTH CAUSE OF ACTION
(Human Trafficking)
(Penal Code § 236.1)

</center>

48.  Plaintiff re-alleges and incorporates Statement of Facts and Causes of Action paragraphs 7-47, declaring Defendants of listed parties (all) are the proximate and responsible parties that caused damage to Plaintiff for Human Trafficking Pursuant to Penal Code § 236.1.

49.  The Defendants did without lawful authority imprison and move the flesh and blood person under the auspices of him being collateral to be held in storage against a fraudulent debt created by the defendants to illegally indemnify and imprison Plaintiff.

//

//

50.  The act of moving and storing the Plaintiff and holding his physical person against his will and consent for the purposes of debt collection founded on illegal premise of an illegal executory contract constitutes Human Trafficking and is the proximate cause of damage to the Plaintiff.

51.  Therefore, the defendants are the proximate and responsible parties liable for damages to Plaintiff for Human Trafficking.

## FIFTH CAUSE OF ACTION
### (Conversion)
### (Penal Code § 438)

52.  Plaintiff re-alleges and incorporates Statement of Facts and Causes of Action paragraphs 7-51, declaring Defendants of listed parties (all) are the proximate and responsible parties liable for damages to Plaintiff for Conversion defined in Penal Code § 438.

53.  The defendants did intentionally and willfully use the Plaintiff's name and Case # to create and generate unjust enrichment converting an illegal bond from an illegal executory contract which resulted in many various business investment gains through multiple Bonds, Grants, Mutual Bonds, Corporate Bonds being traded internationally and domestically that plaintiff had no knowledge of no received any part of.

54.  Such Acts of conversion by the Defendants are the proximate cause of damage to Plaintiff.

55.  Therefore, the defendants are the proximate and responsible parties liable for the damages inflicted upon the Plaintiff.

-13-

## SIXTH CAUSE OF ACTION
### (Securities Fraud)

56.  Plaintiff re-alleges and incorporates Statement of Facts paragraphs 7-55, declaring Defendants of listed Parties (all) inclusive, are the proximate and responsible parties liable for damages to Plaintiff for Securities Fraud.

57.  Defendants did initiate and continually Trade/Sell Bonds Nationally, and Internationally crossing multiple jurisdictions and incorporating multiple corporations, organizations, and persons in a multi-faceted scheme to defraud Plaintiff and the circumvent Securities Exchange Commission Laws governing such illegal acts.

58.  Defendants did create and procure unjust enrichments through use of a fraudulent and illegal formation of Executory Contract conspiring and culpable by Constructive Law for engaging in Illegal Securities Fraud and are the proximate and responsible parties liable for damages to plaintiff.

59.  Therefore, the defendants are the proximate and responsible liable parties for damages inflicted upon Plaintiff.

## SEVENTH CAUSE OF ACTION
### (RICO Act Violations)

60.  Plaintiff re-alleges and incorporates Statement of Facts paragraphs 7-59, declaring Defendants (all) inclusive, are the responsible and liable parties of Listed Parties (all) and the proximate cause of damages to Plaintiff for RICO Act Violations.

61. Defendants having collectively and in an organized manner did affect huge amounts of revenue gains illegally and performed such illegal acts under color of law in violation of the RICO Act. In working together in concert and engaging in a multi-level scheme of criminal conduct which unjustly enriched the defendants in multitudes of ways, and hidden means the threshold for RICO may be considered as a cause of action that damaged Plaintiff.

62. The defendants are the responsible and liable parties who engaged in RICO Violations and are the proximate cause of damages to the Plaintiff.

63. Therefore, the Defendants having unjustly enriched themselves are the proximate and responsible parties for dmaages inflicted upon Plaintiff.

<u>PRAYER FOR RELIEF</u>

64. WHEREFORE, Plaintiff prays for judgement against Defendants as follows:

1. Compensatory Damages for the above Causes of Action use of Plaintiff a Natural Person as Surety, CC § 3281 according to proof commensurate to the Bonds Highest Value Estimated $ 317,987,388.60 ;

2. Exemplary and Punitive Damages arising from the Fraud, CC § 3294 according to proof;

3. Declatory and Injuctive Relief;

4. Cost of the suit;

5. Any other relief the Court deems just and proper.

-15-

## VERIFICATION/AUTHENTICATION OF DOCUMENTS

65. I, Sekayi Rudo White, declare:

I am the Pro Se litigant in this civil action, and I am over 18 years of age. All facts alleged in the above Complaint for Damages not supported by citation to documents and law are true and correct of my own personal knowledge, except as to those matters which are based upon information and belief. As to those matters I believe them to be true. Also, I declare that the documents attached to this complaint as Exhibit(s) A, B, and C, are true copies of the originals and represent as I state them to be.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct. If asked, I can and will testify to in a court of law.

Executed on 15, day of July, 2020, at Mule Creek State Prison, in the Town of Ione, Amador California.

Sekayi R. White AM3169
Plaintiff in Pro per

## JURY DEMAND

66. Plaintiff hereby demands a jury trial.

Dated: July 15, 2020

Sekayi R. White AM3169
Plaintiff in Pro per

-16-

Exhibit A

BILL JONES
CALIFORNIA SECRETARY OF STATE

BUSINESS PROGRAMS DIVISION
INFORMATION RETRIEVAL/CERTIFICATION UNIT
1500 - 11th Street
Sacramento, California 95814
(916) 653-7315



RE:   CORPORATION STATUS INQUIRY          *PLAINTIFF*

Enclosed is a computer printout of corporate information in response to your recent request.

Information contained in the computer files is shown on the printout, and an explanation of the printout is on the reverse side of this page.

If the computer scrolls do not show the name for which you requested information, a printout of the scroll will be provided. An arrow near the center of the alpha scroll will identify where the name would be located, if it were of record. "No record" may be noted by the name as entered on the top of the scroll page. If you require information on any of the other names on the scroll, you may request a printout for that name. The fee is $4.00 for each name requested.

A copy of the filed statement of officers may be obtained for a fee of $5.00, uncertified, or $10.00, certified.

Information regarding related businesses of individual corporate entities is not required to be filed with this office, and subsidiaries of corporations are not identified as such in the records. Copies of bylaws and names of shareholders or owners of corporations are not required to be filed in this office, and names of persons associated with corporations are not cross referenced by the name of the individual.

Telephone numbers of corporations and social security numbers for employees of corporations are not of record in this office. Information concerning bankruptcies of corporations, or other businesses or individuals, is not available from this office. Federal identification numbers, employer identification numbers and business licenses are not of record in this office.

Information regarding stock issuance, or the application for a permit to issue stock, is not filed in this office. You may direct requests regarding these matters to the Department of Corporations, for such information as may be available from that agency.

For information concerning application to revive a suspended corporation to good standing, contact the Franchise Tax Board, Sacramento, CA, Attention: Corporation Revivor Unit.

Fictitious business names, partnerships and sole proprietorships are registered with county clerk/recorder offices. Limited Partnerships, and Limited Liability Companies are filed with the Limited Partnership Division, 1500 Eleventh Street, Sacramento, CA 95814.

This office does not have statutory, regulatory or investigative authority over corporate and noncorporate entities, nor is there information available in this office regarding a corporation's business practices.


INFORMATION RETRIEVAL/CERTIFICATION UNIT


TAB  9 - 2 OF 3



Secretary of State
Business Programs Division
Business Entities - Records, P.O. Box 944260, Sacramento, CA 94244-2600

Date: December 18, 2017                    Employee Initials: _____ PAM _____

RE: PEOPLE OF THE STATE OF CALIFORNIA

(A CORPORATION)

---

This is response to your request for information.

☑ There is no record of the entity you requested.

☐ There is no record of the filing you requested.

☐ The information requested is not available.  The entity has not filed a Statement of Information.

☐ The information requested is not available.  Only corporations and limited liability companies are required to file a Statement of Information.

☐ The information requested is not made of record with the California Secretary of State.

☐ The information requested is not made of record as a business entity with the California Secretary of State.

☐ The California Corporations Code authorizes the California Secretary of State to destroy a Statement of Information after a new statement is filed.  The California Secretary of State retains the two most recently filed complete statements or the most recently filed complete and no change statements.  Therefore, all previously filed statements may not be available for reproduction.

☐ The California Secretary of State has no record of a general partnership by the name stated in your request.  General partnerships may record their partnership agreement with the county in which the principal place of business is located.  For county locations, go to Government Links at www.ca.gov.

☐ The California Secretary of State has a record of one or more entities with the same or similar name.  A list including the entity name(s) is enclosed.  Please resubmit your request identifying the exact entity name and number to which your request applies, along with any applicable fees.

☐ Enclosed is a Certificate of Status certifying to the status of the entity.  A Certificate of Qualification or Certificate of Registration, issued to a foreign entity at the time of qualification or registration with the California Secretary of State, cannot be reproduced or reissued.

☐ Bylaws or Articles of Association (or any amendments to those documents) are not filed with the California Secretary of State.  Requests for this information should be directed to the entity itself.

☐ Fictitious business names may be filed with the county in which the principal place of business is located.  For more information, go to the Government Links at www.ca.gov.

☐ The information requested is not available from the California Secretary of State.

For more information, go to www.sos.ca.gov/business/be/information-requests.htm.

RET'D AUG 2
REC'T NOV 1
REC'D JAN 1

STATUS ALPHA SCROLL                    15:05:33.1 C

RE: THE PEOPLE  OF THE STATE OF CALIFORNIA   NO RECORD

_ C0711037 A
        PEOPLE OF PROGRESS INCORPORATED

_ C0832032 S
        PEOPLE OF PURPOSE

_ C1692558 A
        PEOPLE OF THE DAWN

_ C1471263 A
        PEOPLE OF THE EARTH FOUNDATION

_ C1552736 S
====>   PEOPLE OF THE WORLD

_ C1279454 S
        PEOPLE OF THE WORLD INC.

_ C0828934 S
        PEOPLE OF TWENTY

_ C2030535 A
        THE PEOPLE ON THE BUS

_ C1913272 A
        PEOPLE ORGANIZING TO DEMAND ENVIRONMENTAL RIGHTS

_ C0870324 S
        PEOPLE-ORIENTED PRODUCTS, INCORPORATED

                MARK WITH 'D' TO DISPLAY DETAIL INFORMATION

ENTR=NEXT SCREEN  PF2=PREV SCREEN  PF3=BACK TO WORKSCREEN  PF5=PHONETIC

Exhibit B

| Information to identify the case: | | | |
|---|---|---|---|
| Debtor 1 | **Frank Orlando Wells** | Social Security number or ITIN | **xxx–xx–4793** |
| | First Name   Middle Name   Last Name | EIN | _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | First Name   Middle Name   Last Name | Social Security number or ITIN | _ _ _ _ |
| | | EIN | _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court | **Eastern District of California** | | |
| Case number: | **18–13009** | | |

## Order of Discharge

12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Frank Orlando Wells
21633 Avenue 24
PO Box 92
Chowchilla, CA 93610

Dated:
1/2/19

For the Court,
Wayne Blackwelder , Clerk

### Explanation of Bankruptcy Discharge in a Chapter 7 Case

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

For more information, see page 2 >

Official Form 318                    Order of Discharge                    page 1

1/2/2019                              LexisNexis CourtLink - Docket Number Search Result

Switch Client | My Briefcase | Order Runner Documents | Lexis Advance | Sign Out |
Welcome, Diane Johnson

LexisNexis® CourtLink®

**Single Search - with Terms and Connectors**

| Enter keywords - Search multiple dockets & documents | **Search** | Info |

| My CourtLink | **Search** | Dockets & Documents | Track | Alert | Strategic Profiles | Breaking Complaints | My Account | Court Info |

🔍 Search > Docket Search > **Frank Orlando Wells**

| New Docket Search | Search in Same Court |

**Docket Tools**

| **Get Updated Docket** | **Track Docket Activity** | Search for Similar | Set Alert for Similar Dockets | [Add to My Briefcase] |
|---|---|---|---|---|
| This docket was retrieved from the court on 10/29/2018 | CourtLink can alert you when there is new activity in this case | Start a new search based on the characteristics of this case | CourtLink alerts you when there are new cases that match characteristics of this case | [Email this Docket]<br>[Printer Friendly Format] |

Additional resources for cases like this may be found in our LexisNexis Practice Area communities.

Retrieve the current **Claims and Creditors** from the court.

**Docket**                                                        ·: :· Lexis©Web Search is enabled on this docket

## U.S. Bankruptcy Courts

### U.S. Bankruptcy – California Eastern
### (Fresno)

### 1:18bk13009

### Frank Orlando Wells

This case was retrieved from the court on Monday, October 29, 2018

Update Now

**Header**

Case Number: 1:18bk13009
Date Filed: 07/24/2018
Date Proceedings & Schedule Retrieved: 10/29/2018
Chapter: 7

[Summary] [Participants] [Schedule] [Associated Cases] [Proceedings] [Claims] [Total Claims] [Creditors]

**Summary**

Flags: IFPauperis, NODISCH
Case Type: Bankruptcy
Assets: No
Vol: Voluntary
Judge: Hon. Rene Lastreto II
341 Date: 08/27/2018
341 Location: FRESNO MEETING ROOM 1450

Back to Top

**Participants**

**Litigants**                                                    **Attorneys**

Frank Orlando Wells
21633 Avenue 24
PO Box 92
Chowchilla CA 93610
SSN / ITIN: xxx-xx-4793
Added: 07/24/2018
Debtor
D

Trudi Manfredo
377 W. Fallbrook Ave., Suite 102
Fresno CA 93711
559 242-5577
Added: 07/24/2018
Trustee

1/2/2019                         LexisNexis CourtLink - Docket Number Search Result

T

Office of the U.S. Trustee
United States Courthouse
2500 Tulare Street, Room 1401
Fresno CA 93721
Added: 07/24/2018
U.S. Trustee
T

<div align="right">Back to Top</div>

## Schedule

| Document No | Deadline/Hearing | Event Filed | Due/Set | SatisfiedDate | Terminated | Hearing Judge |
|---|---|---|---|---|---|---|
| 5 | | 07/24/2018 | 08/23/2018 | | 08/01/2018 | |
| | 341 Meeting | 07/24/2018 | 08/27/2018 at 01:00 PM | 08/30/2018 | | |
| | Hearing | 08/23/2018 | 09/12/2018 at 09:03 AM | | 08/23/2018 | Lastreto, Rene |
| 32 | Hearing | 09/11/2018 | 10/10/2018 at 09:30 AM | | 10/11/2018 | Lastreto, Rene |
| | Financial Management -Db | 07/24/2018 | 10/11/2018 | 08/06/2018 | | |
| | Objection to Discharge Due | 07/24/2018 | 10/26/2018 | | | |
| 28 | 341 Meeting | 08/30/2018 | 10/29/2018 at 09:30 AM | | | |
| 37 | Follow Up | 10/12/2018 | 10/31/2018 | | | |

<div align="right">Back to Top</div>

### Associated Cases

No Information is Available for this case

<div align="right">Back to Top</div>

### Claims

No Information is Available for this case

<div align="right">Back to Top</div>

### Total Claims

No Information is Available for this case

<div align="right">Back to Top</div>

### Creditors

No Information is Available for this case

<div align="right">Back to Top</div>

**Documents**

[ Retrieve Document(s) ]

Items 1 to 63 of 63

| Availability | # | Date | Details | Source |
|---|---|---|---|---|
| Online | 1 | 07/24/2018 | Chapter 7 Voluntary Petition Individual. All Schedules and Statements filed. (jflf) (Entered: 07/24/2018) | |
| Runner | | 07/24/2018 | Meeting of Creditors to be held on 08/27/2018 at 01:00 PM at Fresno Meeting Room 1450. Last day to oppose discharge: 10/26/2018. (jflf) (Entered: 07/24/2018) | |
| Online | 2 | 07/24/2018 | Notice of Appointment of Interim Trustee Trudi Manfredo (auto) (Entered: 07/24/2018) | |
| Online | 3 | 07/24/2018 | Master Address List (auto) (Entered: 07/24/2018) | |
| Runner | 4 | 07/24/2018 | ENTERED ON DOCKET IN ERROR - NO IMAGE AVAILABLE Statement of Social Security Number(s) (jflf) Modified on 7/24/2018 (jflf). (Entered: 07/24/2018) | |
| Online | 5 | 07/24/2018 | Motion/Application for Waiver of the Chapter 7 Filing Fee or Other Fee Filed by Debtor Frank Orlando Wells (jflf) (Entered: 07/24/2018) | |
| Runner | | 07/24/2018 | Docket Entry Reserved for Internal Use/Order Processing - Waive Fee 5 Motion/Application for Waiver of the Chapter 7 Filing Fee or Other Fee (jflf) (Entered: 07/24/2018) | |
| Online | 7 | 07/24/2018 | Declaration of Frank Orlando Wells Re: Facts (jflf) (Entered: 07/24/2018) | |
| Online | 8 | 07/24/2018 | Initial Statement About an Eviction Judgment (Form 101A), Debtor did not include name and address for landlord. (jflf) (Entered: 07/24/2018) | |
| Online | 4 | 07/24/2018 | Statement of Social Security Number(s) (jflf) (Entered: 07/24/2018) | |
| Online | 9 | 07/25/2018 | BNC 341 Notice Requested (CMX) (auto) (Entered: 07/25/2018) | |
| Online | 10 | 07/25/2018 | Notice of Requirement to Complete Course in Financial Management Course Certificate as Transmitted to BNC for Service. (Admin) (Entered: 07/25/2018) | |
| Online | 11 | 07/27/2018 | Certificate of Mailing of Notice of Meeting of Creditors as provided by the Bankruptcy Noticing Center (Admin.) (Entered: 07/27/2018) | |
| Online | 12 | 07/27/2018 | Certificate of Mailing of Notice of Requirement to File a Statement of Completion of Course in Personal Financial Management as provided by the Bankruptcy Noticing Center (Admin.) (Entered: 07/27/2018) | |

1/2/2019                                    LexisNexis CourtLink - Docket Number Search Result

| | | | |
|---|---|---|---|
| Online | 13 | 08/01/2018 | Order Granting 5 Motion/Application for Waiver of the Chapter 7 Filing Fee or Other Fee. (jflf) (Entered: 08/01/2018) |
| Online | 14 | 08/01/2018 | Notice of Entry of Order/Judgment as Transmitted to BNC for Service Re: 13 Order Granting 5 Motion/Application for Waiver of the Chapter 7 Filing Fee or Other Fee. (jflf) (jflf) (Entered: 08/01/2018) |
| Online | 15 | 08/03/2018 | Certificate of Mailing of Notice of 14 Notice of Entry of Order/Judgment as provided by the Bankruptcy Noticing Center (Admin.) (Entered: 08/03/2018) |
| Online | 16 | 08/06/2018 | Personal Financial Management Course Certificate For Debtor (Bhatt, Jai) (Entered: 08/06/2018) |
| Online | 17 | 08/15/2018 | Motion/Application to Impose Restitution/Recover Damages Filed by Debtor Frank Orlando Wells (jflf) (Entered: 08/15/2018) |
| Online | 18 | 08/15/2018 | Certificate/Proof of Service of 17 Motion/Application to Impose Restitution/Recover Damages (jflf) (Entered: 08/15/2018) |
| Online | 19 | 08/23/2018 | Order Denying 17 Motion/Application to Impose Restitution/Recover Damages (jflf) (Entered: 08/23/2018) |
| Online | 20 | 08/23/2018 | Court''s Certificate of Mailing of 19 Order (jflf) (Entered: 08/23/2018) |
| Online | 21 | 08/23/2018 | Motion/Application to Avoid Lien of Scott Kernan Filed by Debtor Frank Orlando Wells (jflf) (Entered: 08/23/2018) |
| Online | 21 | 08/23/2018 | Motion/Application to Avoid Lien of Bailee for Hire Filed by Debtor Frank Orlando Wells (jflf) (Entered: 08/23/2018) |
| | | | ENTERED ON DOCKET IN ERROR Hearing Re: 21 Motion/Application to Avoid Lien of Scott Kernan, 21 |
| Runner | | 08/23/2018 | Motion/Application to Avoid Lien of Bailee for Hire to be held on 9/12/2018 at 09:03 AM at Fresno Courtroom 13, Department B. (jflf) Modified on 8/23/2018 (jflf). (Entered: 08/23/2018) |
| Online | 22 | 08/23/2018 | Declaration of Frank Orlando Wells Re: 21 Motion/Application to Avoid Lien of Scott Kernan, 21 Motion/Application to Avoid Lien of Bailee for Hire (jflf) (Entered: 08/23/2018) |
| Online | 23 | 08/24/2018 | Memo to File Re: Calendar Correction as Transmitted to BNC for Service Re: 21 Motion/Application to Avoid Lien of Bailee for Hire (vmcf) (Entered: 08/24/2018) |
| Online | 24 | 08/26/2018 | Certificate of Mailing of Memo to File Re: Calendar Correction as provided by the Bankruptcy Noticing Center (Admin.) (Entered: 08/26/2018) |
| Online | 25 | 08/27/2018 | Motion/Application for Issuance of Writ of Execution by the United States Marshall Filed by Debtor Frank Orlando Wells (jflf) (Entered: 08/27/2018) |
| Online | 26 | 08/27/2018 | Certificate/Proof of Service of Proposed Order, 25 Motion/Application for Issuance of Writ of Execution by the United States Marshall (jflf) (Entered: 08/27/2018) |
| Online | 27 | 08/28/2018 | Memo to File Re: Calendar Correction as Transmitted to BNC for Service Re: 25 Motion/Application for Issuance of Writ of Execution by the United States Marshall (vmcf) (Entered: 08/28/2018) |
| Online | 28 | 08/30/2018 | Report of Trustee at Sec. 341(a) Meeting and Trustee''s Motion to Dismiss for Failure to Appear at Sec. 341(a) Meeting and Motion to Extend the Deadlines for Filing Objections to Discharge and Motions to Dismiss [TMT-1]. Debtor Did Not Appear;. The continued Sec. 341(a) Meeting to be held on 10/29/2018 at 09:30 AM at Fresno Meeting Room 1450. (Manfredo, Trudi) (Entered: 08/30/2018) |
| Online | 29 | 08/30/2018 | Notice of Trustee''s Motion to Dismiss for Failure to Appear at Sec. 341(a) Meeting of Creditors and Motion to Extend the Deadlines for Filing Objections to Discharge and Motions to Dismiss as transmitted to BNC for service. [TMT-1] (Manfredo, Trudi) (Entered: 08/30/2018) |
| Online | 30 | 08/30/2018 | Certificate of Mailing of Memo to File Re: Calendar Correction as provided by the Bankruptcy Noticing Center (Admin.) (Entered: 08/30/2018) |
| Online | 31 | 09/01/2018 | Certificate of Mailing of Notice of Trustee''s Motion to Dismiss for Failure to Appear at Sec 341(a) Meeting of Creditors as provided by the Bankruptcy Noticing Center (Admin.) (Entered: 09/01/2018) |
| Online | 32 | 09/11/2018 | Notice of Hearing and Opposition Re: Trustee''s Motion to Dismiss for Failure to Appear at Sec. 341(a) Meeting of Creditors Filed by Debtor Frank Orlando Wells [TMT-1] to be held on 10/10/2018 at 09:30 AM at Fresno Courtroom 13, Department B. (shbs) (Entered: 09/11/2018) |
| Online | 33 | 10/05/2018 | Motion/Application for Emergency Request for Order of Court Call [FW-5] Filed by Debtor Frank Orlando Wells (jflf) Modified on 10/5/2018 (jflf). (Entered: 10/05/2018) |
| Online | 34 | 10/09/2018 | Order Denying 33 Motion/Application for Emergency Request for Order of Court Call [FW-5] (jflf) (Entered: 10/09/2018) |
| Online | 35 | 10/09/2018 | Court''s Certificate of Mailing of 34 Order [FW-5] (tjof) (Entered: 10/09/2018) |
| Online | 36 | 10/10/2018 | Civil Minutes -- Motion Conditionally denied, Resolved without Oral Argument Re: 28 - Report of Trustee at Sec. 341(a) Meeting and Trustee''s Motion to Dismiss for Failure to Appear at Sec. 341(a) Meeting and Motion to Extend the Deadlines for Filing Objections to Discharge and Motions to Dismiss [TMT-1]. Debtor Did Not Appear;. (admin) (Entered: 10/11/2018) |
| Online | 37 | 10/12/2018 | Order Conditionally Denying 28 Trustee''s Motion to Dismiss for Failure to Appear at Sec. 341(a) Meeting of Creditors (jdas) (Entered: 10/12/2018) |
| Online | 37 | 10/12/2018 | Order Re: 28 Trustee''s Motion to Dismiss for Failure to Appear at Sec. 341(a) Meeting of Creditors [TMT-1]. The time to file a complaint objecting to discharge, to determine dischargeability of certain debt or to file a motion to dismiss case under Section 707(b), is extended to 60 days after the conclusion of the meeting of creditors as to one or more parties. Update Deadline; Follow Up 10/31/2018, (jdas) (Entered: 10/12/2018) |
| Online | 38 | 10/12/2018 | Notice of Entry of Order/Judgment as Transmitted to BNC for Service Re: 37 Order Conditionally Denying 28 Trustee''s Motion to Dismiss for Failure to Appear at Sec. 341(a) Meeting of Creditors [TMT-1] (jdas), 37 Order Re: 28 Trustee''s Motion to Dismiss for Failure to Appear at Sec. 341(a) Meeting of Creditors [TMT-1]. The time to file a complaint objecting to discharge, to determine dischargeability of certain debt or to file a motion to dismiss case under Section 707(b), is extended to 60 days after the conclusion of the meeting of creditors as to one or more parties. Update Deadline; Follow Up 10/31/2018. (jdas) (jdas) (Entered: 10/12/2018) |
| Online | 39 | 10/12/2018 | BNC Service of Document as transmitted to BNC for service. (jdas) (Entered: 10/12/2018) |
| Online | 40 | 10/14/2018 | Certificate of Mailing of Notice of 38 Notice of Entry of Order/Judgment as provided by the Bankruptcy Noticing Center (Admin.) (Entered: 10/14/2018) |
| Online | 41 | 10/14/2018 | Certificate of Mailing of Document as provided by the Bankruptcy Noticing Center (Admin.) (Entered: 10/14/2018) |
| Online | 42 | 10/26/2018 | Amended Master Address List (Fee Paid $0.00) (Jflf)(Entered: 10/29/2018) |
| Online | 43 | 11/02/2018 | Notice of Payment Due in The Amount of $31 Re: Amended Master Address List (Fee Paid $0.00) (Jflf) (Admin) (Entered: 11/02/2018) |
| Online | 44 | 11/04/2018 | Certificate of Mailing of Notice of Payment Due as Provided by The Bankruptcy Noticing Center (Admin.)(Entered: |

Events since last full update

Events since last full update

Events

LexisNexis CourtLink - Docket Number Search Result

1/2/2019

| | | | | since last full update |
|---|---|---|---|---|
| | | 11/04/2018 | | |
| | Runner | 11/09/2018 | Chapter 7 Trustee's Report of no Distribution. The Section 341 Meeting Was Concluded on 10/29/18. Debtor Appeared; Debtor(S) Is/Are Pro Se. I, Trudi Manfredo, Having Been Appointed Trustee of The Estate of The Above-Named Debtor(S), Report That I Have Neither Received Any Property Nor Paid Any Money on Account of This Estate; That I Have Made A Diligent Inquiry Into The Financial Affairs of The Debtor(S) And The Location of The Property Belonging to The Estate; And That There is no Property Available For Distribution From The Estate Over And Above That Exempted by Law. Pursuant to Fed R Bank P 5009, I Hereby Certify That The Estate of The Above-Named Debtor(S) Has Been Fully Administered. I Request That I be Discharged From Any Further Duties as Trustee. Key Information About This Case as Reported in Schedules Filed by The Debtor(S) or Otherwise Found in The Case Record: This Case Was Pending For 4 Months, Assets Abandoned (Without Deducting Any Secured Claims): $ 0.00, Assets Exempt: Not Available, Claims Scheduled: $ 0.00, Claims Asserted: Not Applicable, Claims Scheduled to be Discharged Without Payment (Without Deducting The Value of Collateral or Debts Excepted From Discharge): $ 0.00. (Manfredo, Trudi)(Entered: 11/09/2018) | Events since last full update |
| Online | 45 | 11/09/2018 | Declaration of C/ot. Richard Re: Administration of Oath And Confirmation of Identity And Social Security Number (Cjim)(Entered: 11/09/2018) | Events since last full update |
| Online | 46 | 11/09/2018 | Order to Show Cause - Failure to Pay Fees as Transmitted to Bnc For Service. Hearing to be Held on 11/28/2018 at 09:30 AM at Fresno Courtroom 13, Department B. (Cjim) (Entered: 11/09/2018) | Events since last full update |
| Online | 47 | 11/10/2018 | Notice of Filing Report of no Distribution as Transmitted to Bnc For Service. Objections Due 12/10/2018. (Admin) (Entered: 11/10/2018) | Events since last full update |
| Online | 48 | 11/11/2018 | Certificate of Mailing of Order to Show Cause - Failure to Pay Fees as Provided by The Bankruptcy Noticing Center (Admin.)(Entered: 11/11/2018) | Events since last full update |
| Online | 49 | 11/15/2018 | Certificate of Mailing of Notice of Filing Report of no Distribution as Provided by The Bankruptcy Noticing Center (Admin.)(Entered: 11/15/2018) | Events since last full update |
| Online | 50 | 11/20/2018 | Response/Reply Filed by Debtor Frank Orlando Wells Re: 46 Order to Show Cause - Failure to Pay Fees (Jflf) (Entered: 11/20/2018) | Events since last full update |
| Online | 51 | 11/28/2018 | Civil Minutes -- Order to Show Cause Conditionally Denied Re: 46 - Order to Show Cause - Failure to Pay Fees as Transmitted to Bnc For Service. Hearing to be Held on 11/28/2018 at 09:30 AM at Fresno Courtroom 13, Department B. (Cjim) (Admin)(Entered: 11/28/2018) | Events since last full update |
| Online | 52 | 11/28/2018 | Pdf With Attached Audio File. These Recordings Are Not The Official Record of Any Proceeding, And Are Provided as A Convenience to The Public. Instructions For Ordering The Official Record May be Found on The Court's Website. Court Date And Time [ 11/28/2018 9:32:01 AM ]. File Size [ 445 KB ]. Run Time [ 00:01:51 ]. (Admin). (Entered: 11/28/2018) | Events since last full update |
| Online | 53 | 11/28/2018 | Order Conditionally Denying 46 Order to Show Cause - Failure to Pay Fees ; This Order is Transmitted to Bnc For Service. (Jflf)(Entered: 11/29/2018) | Events since last full update |
| Online | 54 | 12/01/2018 | Certificate of Mailing of Order as Provided by The Bankruptcy Noticing Center (Admin.)(Entered: 12/01/2018) | Events since last full update |
| Online | 55 | 12/13/2018 | Motion/Application in Opposition to Pay Amendment Fee Filed by Debtor Frank Orlando Wells (Jflf)(Entered: 12/13/2018) | Events since last full update |
| Online | 56 | 12/17/2018 | Order Granting 55 Motion/Application to Waive Filing Fee. (Jflf)(Entered: 12/17/2018) | Events since last full update |
| Online | 57 | 12/17/2018 | Court's Certificate of Mailing of 56 Order on Motion/Application to Waive Filing Fee (Jflf)(Entered: 12/17/2018) | Events since last full update |

**Items 1 to 63 of 63**

Retrieve Document(s)

Dockets may include case events that have occurred since the docket was last updated. For a comprehensive view of the case events, please update the docket

New Docket Search          Search in Same Court

LexisNexis® | About LexisNexis | Terms & Conditions | Pricing | Privacy | Customer Support - 1-888-311-1966 | Copyright © 2019 LexisNexis®. All rights reserved.

**Fill in this information to identify your case:**

Debtor __Frank___ __Orlando___ __Wells___
First Name          Middle Name          Last Name

Debtor 2 __N/A___
(Spouse if filing) First Name          Middle Name          Last Name

United States Bankruptcy Court for the: __EASTERN___   District of __CA___
(State)

Case number
(If known) _____

☐ Check if this is an
amended filing

Official Form 106G

# Schedule G: Executory Contracts and Unexpired Leases

12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the additional page, fill it out, number the entries, and attach it to this page. On the top of any additional pages, write your name and case number (if known).

1. Do you have any executory contracts or unexpired leases?

   ☐ No. Check this box and file this form with the court with your other schedules. You have nothing else to report on this form.

   ☒ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Property* (Official Form 106A/B).

2. List separately each person or company with whom you have the contract or lease. Then state what each contract or lease is for (for example, rent, vehicle lease, cell phone). See the instructions for this form in the instruction booklet for more examples of executory contracts and unexpired leases.

| Person or company with whom you have the contract or lease | State what the contract or lease is for |
|---|---|
| 2.1 CALIFORNIA DEPT. OF Corrections & Rehabilitations, Bailee For Hire SCOTT KERNAN, SECRETARY | EXECUTORY CONTRACT found to be Fraudulent by STATE & FEDERAL INVESTIGATIONS. Debtor IS 3rd Party Performance of Contract Term |
| Name | Now VOIDABLE For Fraud & |
| PO BOX 942883 | STATUTORY BAR. |
| Number   Street | |
| SACRAMENTO   CA   94283 | Contract # F06517 CDCR EXECUTO |
| City   State   ZIP Code | Debtor Held AS SECUTORY. FAILED T |
| 2.2 (FORMAL NOTICE OF FRAUD) XAVIER BECERRA - ATTORNEY GENERAL | Cure DEFECTS Presented Per USC 556(d) WAIVES Jurisdiction |
| Name | |
| 1300 I St. PO Box 944255 | File CC454837   UPON WHICH T |
| Number   Street | CONTRACT FORMED Contrary to |
| Sacramento   CA   94244-2550 | 18 USC 2515 & 18 USC 1001 |
| City   State   ZIP Code | |
| 2.3 FRAUDULENT LIEN RECORDER Santa Clara County Recorders Office | |
| Name | |
| 70 W. Hedding | |
| Number   Street | |
| SAN JOSE   CA   95110-1705 | |
| City   State   ZIP Code | |
| 2.4 | |
| Name | |
| Number   Street | |
| City   State   ZIP Code | |
| 2.5 | |
| Name | |
| Number   Street | |
| City   State   ZIP Code | |

Official Form 106G                    Schedule G: Executory Contracts and Unexpired L

**Fill in this information to identify your case:**

Debtor 1  Frank   Orlando   Wells
  First Name      Middle Name      Last Name

Debtor 2  N/A
(Spouse, if filing) First Name   Middle Name   Last Name

United States Bankruptcy Court for the: Eastern District of CA

Case number
(If known) _____

☐ Check if this is an amended filing

## Official Form 106D

# Schedule D: Creditors Who Have Claims Secured by Property

12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the Additional Page, fill it out, number the entries, and attach it to this form. On the top of any additional pages, write your name and case number (if known).

1. Do any creditors have claims secured by your property?
   ☐ No. Check this box and submit this form to the court with your other schedules. You have nothing else to report on this form.
   ☒ Yes. Fill in all of the information below.

**Part 1:   List All Secured Claims**

2. List all secured claims. If a creditor has more than one secured claim, list the creditor separately for each claim. If more than one creditor has a particular claim, list the other creditors in Part 2. As much as possible, list the claims in alphabetical order according to the creditor's name.

| | Column A Amount of claim Do not deduct the value of collateral. | Column B Value of collateral that supports this claim | Column C Unsecured portion If any |
|---|---|---|---|

**2.1**  Scott Kernan
Creditor's Name

Secretary / Bailee
Number      Street

Po Box 942883

Sacramento    CA  94283
City          State   ZIP Code

Describe the property that secures the claim:
Judicial Lien Fraudulent Executory Contract

Column A: $1,425,000   Column B: $ Same   Column C: $ Same

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
☑ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim relates to a community debt

Date debt was incurred  ~~July~~ Dec 2009  ~~June~~ 2018

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☒ Other (including a right to offset) Executory Contract ~~June~~ July/2018 1,425,000 Balance

Last 4 digits of account number  4 7 9 3

**2.2**
Creditor's Name

Number      Street

_____
City          State   ZIP Code

Describe the property that secures the claim:

$_____   $_____   $_____

As of the date you file, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Who owes the debt?** Check one.
☐ Debtor 1 only
☐ Debtor 2 only
☐ Debtor 1 and Debtor 2 only
☐ At least one of the debtors and another

☐ Check if this claim relates to a community debt

Date debt was incurred _____

**Nature of lien.** Check all that apply.
☐ An agreement you made (such as mortgage or secured car loan)
☐ Statutory lien (such as tax lien, mechanic's lien)
☐ Judgment lien from a lawsuit
☐ Other (including a right to offset) _____

Last 4 digits of account number _____

Add the dollar value of your entries in Column A on this page. Write that number here:  $1,425,000

**Fill in this information to identify your case:**

Debtor       Frank   Orlando   Wells
             First Name        Middle Name        Last Name

Debtor 2
(Spouse if filing)  First Name       Middle Name        Last Name

United States Bankruptcy Court for the: EASTERN       District of  CA
                                                                   (State)

Case number
(If known)

☐ Check if this is an
amended filing

Official Form 106G

# Schedule G: Executory Contracts and Unexpired Leases                    12/15

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, copy the additional page, fill it out, number the entries, and attach it to this page. On the top of any additional pages, write your name and case number (if known).

1. **Do you have any executory contracts or unexpired leases?**
   ☒ No. Check this box and file this form with the court with your other schedules. You have nothing else to report on this form.
   ☐ Yes. Fill in all of the information below even if the contracts or leases are listed on *Schedule A/B: Property* (Official Form 106A/B).

2. List separately each person or company with whom you have the contract or lease. Then state what each contract or lease is for (for example, rent, vehicle lease, cell phone). See the instructions for this form in the instruction booklet for more examples of executory contracts and unexpired leases.

| Person or company with whom you have the contract or lease | State what the contract or lease is for |
|---|---|
| 2.1 CALIFORNIA DEPT. of Corrections & Rehabilitations; Bailee For Hire SCOTT KERNAN, SECRETARY | EXECUTORY CONTRACT Found to be Fraudulent by STATE & FEDERAL INVESTIGATIONS. Debtor is 3rd Party Performance of Contract Term Now VOIDABLE For Fraud & STATUTORY BAR. |
| Name PO BOX 942883 | |
| Number  Street | |
| SACRAMENTO  CA  94283 | |
| City  State  ZIP Code | |
| 2.2 (FORMAL NOTICE OF FRAUD) XAVIER BECERRA - ATTORNEY GENERAL | CONTRACT # FOL517 CDCR EXECUTO DEBTOR Held AS SECUTORY. FAILED T CURE DEFECTS Presented Per USC 556(d) WAIVES Jurisdiction |
| Name 1300 I St. PO Box 944255 | |
| Number  Street | |
| Sacramento  CA  94244-2550 | |
| City  State  ZIP Code | |
| 2.3 FRAUDULENT LIEN RECORDER Santa CLARA County Recorders Office | File CC454837   UPON WHICH CONTRACT FORMED Contrary to 18 USC 2515 & 18 USC 1001 |
| Name 70 W. Hedding | |
| Number  Street | |
| San Jose  CA  95110-1705 | |
| City  State  ZIP Code | |
| 2.4 | |
| Name | |
| Number  Street | |
| City  State  ZIP Code | |
| 2.5 | |
| Name | |
| Number  Street | |
| City  State  ZIP Code | |

Official Form 106G                    Schedule G: Executory Contracts and Unexpired Leases

Debtor 1   Frank Orlando Wells
_____First Name_____Middle Name_____Last Name_____

Case number (if known)_____

| | | Your expenses |
|---|---|---|

5. Additional mortgage payments for your residence, such as home equity loans          5.   $_____Ø_____

6. Utilities:

   6a.  Electricity, heat, natural gas          6a.   $_____Ø_____

   6b.  Water, sewer, garbage collection          6b.   $_____Ø_____

   6c.  Telephone, cell phone, Internet, satellite, and cable services          6c.   $_____Ø_____

   6d.  Other. Specify: _____          6d.   $_____Ø_____

7. Food and housekeeping supplies          7.   $_____Ø_____

8. Childcare and children's education costs          8.   $_____Ø_____

9. Clothing, laundry, and dry cleaning          9.   $_____Ø_____

10. Personal care products and services          10.   $_____Ø_____

11. Medical and dental expenses          11.   $_____Ø_____

12. Transportation. Include gas, maintenance, bus or train fare.
Do not include car payments.          12.   $_____Ø_____

13. Entertainment, clubs, recreation, newspapers, magazines, and books          13.   $_____Ø_____

14. Charitable contributions and religious donations          14.   $_____Ø_____

15. Insurance.
Do not include insurance deducted from your pay or included in lines 4 or 20.

   15a.  Life insurance          15a.   $_____Ø_____

   15b.  Health insurance          15b.   $_____Ø_____

   15c.  Vehicle insurance          15c.   $_____Ø_____

   15d.  Other insurance. Specify:_____          15d.   $_____Ø_____

16. Taxes. Do not include taxes deducted from your pay or included in lines 4 or 20.
Specify: _____          16.   $_____Ø_____

17. Installment or lease payments:

   17a.  Car payments for Vehicle 1          17a.   $_____Ø_____

   17b.  Car payments for Vehicle 2          17b.   $_____Ø_____

   17c.  Other. Specify:_____          17c.   $_____Ø_____

   17d.  Other. Specify:_____          17d.   $_____Ø_____

18. Your payments of alimony, maintenance, and support that you did not report as deducted from
your pay on line 5, *Schedule I, Your Income* (Official Form 106I).          18.   $_____Ø_____

19. Other payments you make to support others who do not live with you.
Specify:_____          19.   $_____Ø_____

20. Other real property expenses not included in lines 4 or 5 of this form or on *Schedule I: Your Income.*

   20a.  Mortgages on other property          20a.   $_____Ø_____

   20b.  Real estate taxes          20b.   $_____Ø_____

   20c.  Property, homeowner's, or renter's insurance          20c.   $_____Ø_____

   20d.  Maintenance, repair, and upkeep expenses          20d.   $_____Ø_____

   20e.  Homeowner's association or condominium dues          20e.   $_____Ø_____

Debtor 1   ~~Frank Orlando Wells~~
First Name   Middle Name   Last Name

Case number (if known)_____

21.   Other. Specify: _____

21.   +$ _____Ø_____

22.   **Calculate your monthly expenses.**

22a.   Add lines 4 through 21.

22b.   Copy line 22 (monthly expenses for Debtor 2), if any, from Official Form 106J-2

22c.   Add line 22a and 22b. The result is your monthly expenses.

| | |
|---|---|
| 22a. | $ Ø |
| 22b. | $ Ø |
| 22c. | $ Ø |

23.   **Calculate your monthly net income.**

23a.   Copy line 12 (*your combined monthly income*) from *Schedule I*.

23b.   Copy your monthly expenses from line 22c above.

23c.   Subtract your monthly expenses from your monthly income.
The result is your *monthly net income*.

| | |
|---|---|
| 23a. | $ 7.86 |
| 23b. | −$ Ø |
| 23c. | $ 7.86 |

24.   **Do you expect an increase or decrease in your expenses within the year after you file this form?**

For example, do you expect to finish paying for your car loan within the year or do you expect your
mortgage payment to increase or decrease because of a modification to the terms of your mortgage?

☐ No.

☒ Yes.   Explain here:   DISCHARGED FRAUDULENT DEBT WILL ALLOW RETURN TO
NORMAL WORKFORCE AND HOUSING OPPORTUNITIES OVERALL DECREASES IN
EXPENSES IS SAFELY ANTICIPATED WITH CURRENT INFORMATION
COLLECTED

CONTINUATION FROM PAGE ONE, EXPENSES, PART 2, QUESTION 4: HOUSING PAYME
The PRINCIPAL ISSUE here is room and board is provided as considerati
For performance of executory contract. The annual value of
48,790 (set-off) which debtor is required to pay via performance
(Note: These are values provided by the California Legislative analyst
office, Mr. Anthony Simbol @ www.LAO.CA.Gov. Updated values are
readily available to debtor). Principle issue for Chap. 7 review: The
EXECUTORY contract binding debtor from Liberty interests and 15 USC 1
commerce has been found to be reliant on ACTUAL FRAUD active acros
Three (3) state lines creating Federal 18 USC 1001 Jurisdiction in violation of
18 USC 2515 (Per finding by US Dept. of Justice "Relief due, no exeptions," CRUZ
V ALEXANDER, US V Orosco and others) Breach of Contract by creditor per
18 USC 3504 mandate, and absence of required calandar dates on part
of the creditor to delineate the specific terms of performance.
The defects have not been cured. Debtor is still bound to debt relian
on ACTUAL FRAUD per findings by California Secretary of State's
investigation.

In re: Frank Orlando Wells                Case No. 18-13009

## NOTICE OF MOTION
## PURSUANT TO LBR 9014-1

Debtor Frank Orlando Wells Pursuant to LBR 9014-1 hereby serves 28 day advance notice of Motion and Order for Lien Avoidance to Creditor Scott Kernan on this 31st day of July 2018.

I do Frank Orlando Wells do declare under penalty of perjury the foregoing is true and correct.

7/31/18                  _____

Frank Orlando Wells

Mailed to the Following Address:

Scott Kernan
Po Box 942883
Sacramento CA 94283

AMENDED

## MASTER CREDITORS LIST

CDCR
Interim Secretary Of Corrections
Po Box 942883
Sacramento Ca 94283

Santa Clara County Records Division
191 N. First St.
San Jose CA 95113-1090

Agents of Bailee/Creditor
Warden R. Fisher
CCII S. Soza
21633 Ave 24
Po Box 99
Chowchilla CA 93610

Exhibit C

<u>Your CUSIP Results are as follows:</u>

JOHN KOCAK (CC SCD-110465)
PIMCO Low Duration Fund/United States
Symbol:                              PLDRX
CUSIP:                               72200Q869

Inception Date:                      12/31/2002
Net Assets:                          $7,681,167,000.00 as of
                                     4/30/2019
Portfolio Assets:                    $7,681,167,000.00 as of
                                     4/30/2019


A little about the Fund:

PIMCO Low Duration Fund seeks maximum total return, consistent with preservation of
capital and prudent investment management by investing in investment grade fixed
income instruments with average maturities from one to three years.



| Fund Family | Fund Name | CUSIP | Ticker | Front End Load | CDSC | 12b-1 Fees | Gross Expense Ratio | Redemption Fee | Buy/Sell Eligible |
|---|---|---|---|---|---|---|---|---|---|
| PIMCO | PIMCO Long-Term Real Return Fund Class I-2 | 72201W816 | PRTPX | | | | 1.37000 | | SELL ONLY |
| PIMCO | PIMCO Long-Term Real Return Fund Institutional Class | 72200Q505 | PRAIX | | | | 1.27000 | | SELL ONLY |
| PIMCO | PIMCO Long-Term U.S. Government Fund Administrative Class | 693390775 | PLGBX | | | .25 | 1.21500 | | SELL ONLY |
| PIMCO | PIMCO Long-Term U.S. Government Fund Class A | 693391187 | PFGAX | 3.75 | | .25 | 1.31500 | | BUY,SELL |
| PIMCO | PIMCO Long-Term U.S. Government Fund Class C | 693391203 | PFGCX | | 1.00 | 1.00 | 2.06500 | | BUY,SELL |
| PIMCO | PIMCO Long-Term U.S. Government Fund Class I-2 | 72201M677 | PLTPX | | | | 1.06500 | | SELL ONLY |
| PIMCO | PIMCO Long-Term U.S. Government Fund Institutional Class | 693390205 | PGOVX | | | | 0.96500 | | SELL ONLY |
| PIMCO | PIMCO Low Duration ESG Fund Class I-2 | 72201W824 | PLUPX | | | | 0.62000 | | SELL ONLY |
| PIMCO | PIMCO Low Duration ESG Fund Institutional Class | 693390858 | PLDIX | | | | 0.52000 | | SELL ONLY |
| PIMCO | PIMCO Low Duration Fund Administrative Class | 693390767 | PLDAX | | | .25 | 0.96000 | | SELL ONLY |
| PIMCO | PIMCO Low Duration Fund Class A | 693390411 | PTLAX | 2.25 | | .25 | 1.00000 | | BUY,SELL |
| PIMCO | PIMCO Low Duration Fund Class C | 693390387 | PTLCX | | 1.00 | .55 | 1.35000 | | BUY,SELL |
| PIMCO | PIMCO Low Duration Fund Class I-2 | 72201M669 | PLDPX | | | | 0.81000 | | SELL ONLY |
| PIMCO | PIMCO Low Duration Fund Class R | 72200Q869 | PLDRX | | | .50 | 1.30000 | | SELL ONLY |
| PIMCO | PIMCO Low Duration Fund Institutional Class | 693390304 | PTLDX | | | | 0.71000 | | SELL ONLY |
| PIMCO | PIMCO Low Duration II Fund Administrative Class | 693390668 | PDFAX | | | .25 | 0.79000 | | SELL ONLY |
| PIMCO | PIMCO Low Duration II Fund Institutional Class | 693390791 | PLDTX | | | | 0.54000 | | SELL ONLY |
| PIMCO | PIMCO Low Duration Income Fund Class A | 72200S162 | PFIAX | 2.25 | | .25 | 0.99000 | | SELL ONLY |
| PIMCO | PIMCO Low Duration Income Fund Class C | 72200S154 | PFNCX | | 1.00 | .55 | 1.29000 | | SELL ONLY |
| PIMCO | PIMCO Low Duration Income Fund Class I-2 | 72201M792 | PFTPX | | | | 0.69000 | | SELL ONLY |

# PIMCO

Extended Duration Fund

| Performance (net of fees) | 10 yrs. | 5 yrs. | 3 yrs. | 1 yr. | 6 mos. | 3 mos. |
|---|---|---|---|---|---|---|
| PIMCO Fund (%) | 9.43 | 4.91 | 3.53 | 13.81 | 4.64 | 4.37 |
| Benchmark (%) | 8.97 | 5.13 | 3.58 | 13.02 | 5.15 | 4.40 |

*Performance quoted represents past performance. Past performance is not a guarantee or a reliable indicator of future results. Investment return and the principal value of an investment will fluctuate. Shares may be worth more or less than original cost when redeemed. Current performance may be lower or higher than performance shown. For performance current to the most recent month-end, visit PIMCO.com or by calling 888.87.PIMCO.*

*Differences in the Fund's performance versus the index and related attribution information with respect to particular categories of securities or individual positions may be attributable, in part, to differences in the pricing methodologies used by the Fund and the index. There is no assurance that any fund, including any fund that has experienced high or unusual performance for one or more periods, will experience similar levels of performance in the future. High performance is defined as a significant increase in either 1) a fund's total return in excess of that of the fund's benchmark between reporting periods or 2) a fund's total return in excess of the fund's historical returns between reporting periods. Unusual performance is defined as a significant change in a fund's performance as compared to one or more previous reporting periods.*

| Lipper rankings (corporate debt funds BBB-Rated) | 10 yrs. | 5 yrs. | 3 yrs. | 1 yr. |
|---|---|---|---|---|
| Fund rank | | 1 | 11 | 96 |
| Number of funds | 111 | 177 | 205 | 260 |
| Quartile | 1 | 1 | 2 | 1 |

*¹ Based on total return performance, with distributions reinvested, and operating expenses deducted..*

---

Investors should consider the investment objectives, risks, charges and expenses of the funds carefully before investing. This and other information are contained in the fund's prospectus and summary prospectus, if available, which may be obtained by contacting your PIMCO representative. Please read them carefully before you invest or send money.

¹ Includes U.S. Treasury notes, bonds, futures, and inflation-protected securities ² Includes U.S. agencies, FDIC-guaranteed and government-guaranteed corporate securities, and supranationals ³ Includes U.S. dollar denominated interest rate swaps, swaptions, options, and other rate related derivatives. Other portfolio derivatives, where applicable, may be included as part of other sectors based upon their underlying risk characteristics. ⁴ Short Duration Instruments includes an emerging market security or other instrument economically tied to an emerging market country by country of risk with an effective duration less than one year and rated investment grade or higher or if unrated, determined to be similar quality by PIMCO. Includes the value of short duration emerging markets instruments previously reported in "Cash Equivalents". ⁵ Other may include convertibles, preferreds, and yankee bonds ⁶ Net Other Short Duration Instruments includes securities and other instruments (except those instruments tied to emerging markets by country of risk) with an effective duration less than one year and rated investment grade or higher or, if unrated, determined by PIMCO to be of comparable quality, commingled liquidity funds, uninvested cash, interest receivables, net unsettled trades, broker money, short duration derivatives and derivatives offsets. With respect to certain categories of short duration securities, the Adviser reserves the discretion to require a minimum credit rating higher than investment grade for inclusion in this category. Derivatives Offsets includes offsets associated with investments in futures, swaps and other derivatives. Such offsets may be taken at the notional value of the derivative position.

Interest expense results from the Fund's use of certain investments such as tender option bond floating rate certificates. Such expense is required to be treated as a Fund expense for accounting purposes and is not payable to Pacific Investment Management Company LLC ("PIMCO"). Any interest expense amount will vary based on the Fund's use of those investments as an investment strategy best suited to seek the objective of the Fund. Total Annual Fund Operating Expenses After Fee Waiver and/or Expense Reimbursement excluding interest expense is 0.50% Institutional Class.

MV% may not equal 100 due to rounding.

Performance reflects changes in share price, reinvestment of dividends and capital gains distributions. All periods longer than one year are annualized.

Effective duration is the duration for a bond with an embedded option when the value is calculated to include the expected change in cash flow caused by the option as interest rates change. Gov't Related may include nominal and inflation-protected Treasuries, agencies, interest rate swaps, Treasury futures and options, and FDIC-guaranteed corporate securities.

Investments made by a Fund and the results achieved by a Fund are not expected to be the same as those made by any other PIMCO-advised fund, including those with a similar name, investment objective or policies. A new or smaller Fund's performance may not represent how the fund is expected to or may perform in the long-term. New Funds have limited operating histories for investors to evaluate and new and smaller Funds may not attract sufficient assets to achieve investment and trading efficiencies. A Fund may be forced to sell a comparatively large portion of its portfolio to meet significant shareholder redemptions for cash, or hold a comparatively large portion of its portfolio in cash due to significant share purchases for cash, in each case when the Fund otherwise would not seek to do so, which may adversely affect performance.

A word about risk: Investing in foreign denominated and/or domiciled securities may involve heightened risk due to currency fluctuations, and economic and political risks, which may be enhanced in emerging markets. Mortgage and asset-backed securities may be sensitive to changes in interest rates, subject to early repayment risk, and their value may fluctuate in response to the market's perception of issuer creditworthiness; while generally supported by some form of government or private guarantee there is no assurance that private guarantors will meet their obligations. High-yield, lower-rated, securities involve greater risk than higher-rated securities; portfolios that invest in them may be subject to greater levels of credit and liquidity risk than portfolios that do not. Sovereign securities are generally backed by the issuing government, obligations of U.S. Government agencies and authorities are supported by varying degrees but are generally not backed by the full faith of the U.S. Government; portfolios that invest in such securities are not guaranteed and will fluctuate in value. Derivatives may involve certain costs and risks such as liquidity, interest rate, market, credit, management and the risk that a position could not be closed when most advantageous. Investing in derivatives could lose more than the amount invested. Diversification does not ensure against loss.

The value of most bond funds and fixed income securities are impacted by changes in interest rates. Bonds and bond funds with longer durations tend to be more sensitive and more volatile than securities with shorter durations; bond prices generally fall as interest rates rise. Past rankings are no guarantee of future rankings. Rankings begin with the inception of the actual share class. Lipper does not take into account sales charges.

The minimum initial investment for institutional class shares is $1 million; however, it may be modified for certain financial intermediaries who submit trades on behalf of eligible investors.

No part of this material may be reproduced in any form, or referred to in any other publication, without express written permission. PIMCO is a trademark of Allianz Asset Management of America L.P. in the United States and throughout the world. ©2019, PIMCO.

---

## BASIC FACTS

| | |
|---|---|
| Total annual operating expenses | 0.68% |
| Dividend frequency | Daily accrual |

## PERFORMANCE CHARACTERISTICS

| | |
|---|---|
| SEC 30-day yield (%) | 2.74% |

## ABOUT THE BENCHMARK

Citi STRIPS Index, 20+ Year Sub-Index represents a composition of outstanding Treasury Bond and Notes with a maturity of at least twenty years. The index is rebalanced each month in accordance with underlying Treasury figures and profiles provided as of the previous month- end. The included STRIPS are derived only from bonds in the Citi U.S. Treasury Bond Index, which include coupon strips with less than one year remaining to maturity.

## ABOUT PIMCO

PIMCO is a leading global investment management firm, with offices in 11 countries throughout the Americas, Europe and Asia. Founded in 1971, PIMCO offers a wide range of innovative solutions to help millions of investors worldwide meet their needs. Our goal is to provide attractive returns while maintaining a strong culture of risk management and long-term discipline. PIMCO is owned by Allianz S.E., a leading global diversified financial services provider.

FOR MORE INFORMATION, CALL YOUR PIMCO REPRESENTATIVE AT 888.87.PIMCO.

VISIT OUR WEBSITE FOR A FULL MENU OF PRODUCTS AND SERVICES AT PIMCO.COM.

# PIMCO

*As of 31 December 2017*
PIMCO Funds: Government

# Extended Duration Fund

| CLASS: | INSTITUTIONAL |
| --- | --- |
| FUND INCEPTION DATE: | 31 AUGUST 2006 |
| TICKER: | PEDIX |
| CUSIP: | 72201F599 |
| TOTAL NET ASSETS (IN MILLIONS): | $1,351.2 |

PORTFOLIO MANAGERS

Michael Cudzil, Stephen Rodosky, Josh Thimons

FUND STATISTICS

| Effective duration (yrs) | 24.89 |
| --- | --- |
| Effective maturity (yrs) | 25.74 |

SECTOR DIVERSIFICATION (%)

| | Market value weighted |
| --- | --- |
| US Government - Treasury [1] | 87.5 |
| US Government - Agency [2] | 1.6 |
| Swaps and Liquid Rates [3] | -41.2 |
| Mortgage | 2.0 |
| Invest. Grade Credit | 1.5 |
| High Yield Credit | 0.0 |
| Non-USD Developed | -0.8 |
| Emerging Markets | 2.7 |
| Bonds and Other Long Duration Instruments | 1.5 |
| Short Duration Instruments [4] | 1.2 |
| Municipal | 0.0 |
| Other [5] | 2.0 |
| Net Other Short Duration Instruments [4] | 44.7 |

## Fund description

The Extended Duration Fund is an actively managed, targeted portfolio with concentrated exposure to the very long end of the yield curve. This fund seeks to maximize current income and capital appreciation while maintaining exposure consistent with its benchmark. The fund maintains duration within three years of the Citigroup Strips Index 20-plus Year Sub-Index.

### INVESTOR BENEFITS

This fund offers investors an efficient strategy to match the interest rate sensitivity of their assets and long-term liabilities.

Potential benefits of this fund include:

- Enhanced matching between assets and long-term interest-rate-sensitive liabilities
- Portfolio diversification, income and capital gains potential through active management focused on total return
- Focus on maintaining and increasing the purchasing power of investors' retirement funds in all interest rate environments
- Utilizes a broad opportunity set of fixed-income securities

### THE FUND ADVANTAGE

PIMCO combines its 37 years of investing with a total return philosophy and 20 years of experience managing long duration bonds. The fund takes a diversified approach to enhancing long-term bond returns by expanding investments beyond government bonds to include the entire global fixed-income opportunity set in the 20-plus year duration space. The fund actively manages duration and yield-curve positioning, takes small exposures to non-benchmark sectors, and targets long-term structural premiums in the bond market. This diversified approach seeks to provide greater duration in order to hedge interest rate risk.

### VALUE OF CORE FIXED INCOME STRATEGIES

An allocation to PIMCO's fixed-income strategies may be beneficial as a core part of a balanced portfolio. Bonds can provide a steady source of income and, as part of a total-return strategy, potentially produce capital gains as well. An allocation to a PIMCO fixed-income strategy in a portfolio also can offer diversification and serve as a hedge against volatility and risks in other asset classes, particularly in times of economic uncertainty or deflation.





Home | Online Account Services | Corporate Services | Financial Planning | Resources | Products | Services

## ATLANTIC·FINANCIAL

MUTUAL FUND CENTER



Search Our Site

○ Google ● Site

**Information for a changing world**

For economic, globalization and wealth management news visit The Fenton Report.

Fenton Report Global News Blog

**IRA / 401k Rollovers**

If you have an IRA or 401k at a bank, broker, financial consultant or former employer, we can help.

IRA and 401k Rollovers

**Wealth Management**

**Atlantic Financial Home Page**

**About Atlantic Financial Inc.**
History and Information
Current Clients | History | Careers | News

**Financial Services**
What we do
Money Management | Economic Consulting & Strategic Services | Bonds | College Planning | Financial Planning

**Global Investing Services**
International Investments | Emerging Markets Investing

**Investing Information**

**Site Map**

**Contact Us**

**Open an Account**
IRA Rollover - New Account Application | Account Transfers

**Individual Investments**

**Financial Education**
Roth IRA | Managed Accounts | Retirement Savings Plans | Investment Management Forms

**Wealth Management**
Investment Strategy
Investing

**Mutual Funds**
Mutual Fund Center | Quantum Sales Mutual Funds | Fidelity Investments | Broker of Record | Mutual Fund Wrap Accounts

**Retirement Planning**
IRA - Individual Retirement Account (IRA) | Rollover - IRA and 401k

**Site Map**

**Corporate Services**

**Corporate Investors**
401k ERISA | Investment Management
Information 401k Plans: Corporate and Individual
401k Plan Fiduciary Responsibilities | 401k Plans

Thank you for visiting

Please also visit
Recommended websites

Mutual Funds Available to Clients of Atlantic Financial

# PIMCO Funds (Part 2)



**Do you have Questions?**
Ask Atlantic Financial

**Global**
A focus on our world and how you.

| FUND NAME | CUSIP | SYMBOL | OBJECTIVE |
|---|---|---|---|
| PIMCO COMMODITY REAL RET STRAT ADMIN CL | CUSIP 722005659 | SYMBOL PCRRX | Growth |
| PIMCO COMMODITY REAL RETURN INST | CUSIP 722005667 | SYMBOL PCRIX | Growth |
| PIMCO CONVERTIBLE BOND INSTL | CUSIP 693391831 | SYMBOL PFCIX | Convertible Bond |
| PIMCO DEV LOCAL MKTS FD INST | CUSIP 72201J409 | SYMBOL PLMIX | |
| PIMCO DIVERSIFIED INCOME FUND INSTL | CUSIP 693391380 | SYMBOL PDIIX | Growth & Inc |
| PIMCO EMERGING MARKETS BOND ADMIN | CUSIP 693391567 | SYMBOL PEBAX | Worldwide Bond |
| PIMCO EMERGING MARKETS BOND INSTL | CUSIP 693391559 | SYMBOL PEBIX | Worldwide Bond |
| PIMCO FIXED INCOME SHS SERIES C INSTL | CUSIP 337946107 | SYMBOL FXICX | |
| PIMCO FIXED INCOME SHS SERIES M INSTL | CUSIP 337946206 | SYMBOL FXIMX | |
| PIMCO FLOATING INCOME INSTITUTIONAL | CUSIP 722005170 | SYMBOL PFIIX | |
| PIMCO FOREIGN ADMINISTRATIVE SHS | CUSIP 693390692 | SYMBOL PFRAX | Worldwide Bond |
| PIMCO FOREIGN BD FD (UNHEDGED) ADM CL | CUSIP 72201F771 | SYMBOL PFUUX | |
| PIMCO FOREIGN BOND (US S-HEDGED) CL R | CUSIP 72200Q828 | SYMBOL PFRAX | Worldwide Bond |
| PIMCO FOREIGN BOND F O (UNHEDGED) INST CL | CUSIP 72200S220 | SYMBOL PFUIX | Income |
| PIMCO FOREIGN INSTITUTIONAL SHS | CUSIP 693390882 | SYMBOL PFORX | Worldwide Bond |
| PIMCO FUNDMNTL INDEX PLUS INSTL CL SHS | CUSIP 72201F805 | SYMBOL PFPIX | |
| PIMCO FUNDMNTL INDEX PLUS TRUST INSTL SHS | CUSIP 72201F854 | SYMBOL PXTIX | |
| PIMCO GLOBAL ADMINISTRATIVE SHS | CUSIP 693390684 | SYMBOL PADMX | Worldwide Bond |
| PIMCO GLOBAL BO US S HEDGED ADM CL | CUSIP 693390148 | SYMBOL PGDAX | Worldwide Bond |
| PIMCO GLOBAL BOND II INSTL | CUSIP 693390130 | SYMBOL PGBIX | Worldwide Bond |
| PIMCO GLOBAL INSTL CLASS | CUSIP 693390874 | SYMBOL PIGLX | Worldwide Bond |
| PIMCO GNMA INSTL | CUSIP 693391450 | SYMBOL PDMIX | Government Bond |
| PIMCO HIGH YIELD ADMINISTRATIVE SHS | CUSIP 693390650 | SYMBOL PHYAX | Corporate Bond |
| PIMCO HIGH YIELD CLASS R | CUSIP 72200Q794 | SYMBOL PHYRX | Corporate Bond |
| PIMCO HIGH YIELD INSTL | CUSIP 693390841 | SYMBOL PHIYX | Corporate Bond |
| PIMCO HIGH YIELD MUNI BD INSTL CL | CUSIP 72201F672 | SYMBOL PHMIX | |
| PIMCO INTL STKS PLUS TR STRAT INSTL CL | CUSIP 72200Q380 | SYMBOL PISIX | World Stock |
| PIMCO INV GRADE CORP BOND INSTL | CUSIP 722005816 | SYMBOL PIGIX | Corporate Bond |
| PIMCO JAP SK PLUS TR STRATEGY INSTL CL | CUSIP 72200Q323 | SYMBOL PJSIX | Foreign Stock |
| PIMCO LONG TERM US GOVT ADMINISTRATIVE | CUSIP 693390775 | SYMBOL PLGBX | Government Bond |
| PIMCO LONG TERM US GOVT INSTL | CUSIP 693390205 | SYMBOL PGOVX | Government Bond |
| PIMCO LOW DURATION ADMINISTRATIVE SHS | CUSIP 693390767 | SYMBOL PLDAX | Corporate Bond |
| PIMCO LOW DURATION FUND CLASS R | CUSIP 72200Q869 | SYMBOL PLDRX | Corporate Bond |
| PIMCO LOW DURATION II ADMINISTRATIVE | CUSIP 693390668 | SYMBOL PDFAX | Corporate Bond |
| PIMCO LOW DURATION II INSTL | CUSIP 693390791 | SYMBOL PLDTX | Corporate Bond |
| PIMCO LOW DURATION III INSTL | CUSIP 693390858 | SYMBOL PLDIX | Corporate Bond |
| PIMCO LOW DURATION INSTITUTIONAL | CUSIP 693390304 | SYMBOL PTLDX | Corporate Bond |
| PIMCO MODERATE DURATION INSTL | CUSIP 693390593 | SYMBOL PMDRX | Corporate Bond |
| PIMCO MUNICIPAL BOND ADMIN SHS | CUSIP 693391641 | SYMBOL PMNAX | Municipal Bond |
| PIMCO MUNICIPAL BOND INSTITUTIONAL | CUSIP 693391658 | SYMBOL PFMIX | Municipal Bond |
| PIMCO NY MUNI BOND INSTITUTIONAL | CUSIP 693389710 | SYMBOL PNYIX | Municipal Bond |
| PIMCO REAL RETURN ADMINISTRATIVE CLASS | CUSIP 693391112 | SYMBOL PARRX | Government Bond |
| PIMCO REAL RETURN ASSET INSTL | CUSIP 72200Q505 | SYMBOL PRAIX | Growth & Inc |
| PIMCO REAL RETURN BOND INSTL CLASS | CUSIP 693391104 | SYMBOL PRRIX | Government Bond |
| PIMCO REAL RETURN FUND CLASS R | CUSIP 72200Q760 | SYMBOL PRRRX | Government Bond |
| PIMCO REAL RETURN STRAT INSTL CLASS | CUSIP 72200Q257 | SYMBOL PRRSX | Real Estate |
| PIMCO SHORT DURATION MUNI INSTITUTIONAL | CUSIP 693389827 | SYMBOL PSDIX | Municipal Bond |
| PIMCO SHORT TERM ADMINISTRATIVE SHS | CUSIP 693390734 | SYMBOL PSFAX | Corporate Bond |
| PIMCO SHORT TERM CLASS R | CUSIP 72200Q877 | SYMBOL PSTRX | Corporate Bond |
| PIMCO SHORT TERM INSTITUTIONAL | CUSIP 693390601 | SYMBOL PTSHX | Corporate Bond |
| PIMCO STOCK PLUS FUND CL R | CUSIP 72200Q729 | SYMBOL PSPRX | Growth & Inc |
| PIMCO STOCK PLUS TOTAL RETURN CL I | CUSIP 72200S642 | SYMBOL PSPTX | Growth & Inc |
| PIMCO STOCKPLUS TR SHORT SRATGY INSTL | CUSIP 693390486 | SYMBOL PSTIX | Asset Allocation |
| PIMCO STOCKS PLUS ADMINISTRATIVE SHS | CUSIP 693390759 | SYMBOL PPLAX | Growth & Inc |
| PIMCO STOCKS PLUS INSTL CLASS | CUSIP 693390403 | SYMBOL PSTKX | Growth & Inc |
| PIMCO TOTAL RETURN ADMINISTRATIVE SHS | CUSIP 693390726 | SYMBOL PTRAX | Corporate Bond |

| | | | |
|---|---|---|---|
| PIMCO TOTAL RETURN FUND CLASS R | CUSIP 722005085! | SYMBOL PTRRX | Corporate Bond |
| PIMCO TOTAL RETURN II ADMINISTRATIVE | CUSIP 693390944 | SYMBOL PRADX | Corporate Bond |
| PIMCO TOTAL RETURN II INST. | CUSIP 693390581 | SYMBOL PMBIX | Corporate Bond |
| PIMCO TOTAL RETURN III ADMINISTRATIVE | CUSIP 693390637 | SYMBOL PRFAX | Corporate Bond |
| PIMCO TOTAL RETURN III INST. | CUSIP 693390856 | SYMBOL PTSAX | Corporate Bond |
| PIMCO TOTAL RETURN INSTL | CUSIP 693390700 | SYMBOL PTTRX | Corporate Bond |
| PIMCO TOTAL RETURN MORTGAGE ADM CL | CUSIP 693391618 | SYMBOL PMTAX | Government Bond |
| PIMCO TOTAL RETURN MORTGAGE CL I | CUSIP 693391500 | SYMBOL PTRIX | Government Bond |

Note: Mutual Fund availability subject to change.
Please contact Atlantic Financial for more information.

## Contact Atlantic Financial

For more information, or to have us answer any questions you may have, email Atlantic Financial, or use this short form to contact us:

### ∴ Financial Planning and Investment Services

Atlantic Financial has been serving clients on the Internet since 1994 and enjoys a solid reputation for service, selection and value. We can review your financial plan, assist with your 401k Rollover or IRA Rollover and answer your retirement questions.

Please remember that education is the first step you can take to meet your financial goals. To learn more, visit the Atlantic Financial Dictionary and subscribe to the Atlantic Financial Investment Word.

Thank you for visiting our website.

### ∴ Wealth Management Tools

| Individual Services | Corporate Services | About Us |
|---|---|---|
| • IRA Rollover 401k Rollover | • 401k Plan 401k Transfer | • Contact Us |
| • IRA IRA Roth | • Institutional Services | • Company |
| • Managed Account | • Money Management | • Commissions Services |
| • College Savings | • Mutual Funds | • Employment |
| • Request a Financial Plan | • SEP Plan | • Links |

Atlantic Financial, Inc.

Mutual Fund Center and affiliated websites do not offer brokerage or investment advisory services.
Content provided for informational purposes only.

Powered by
FDM

© Copyright 1994-2011, Atlantic Financial Inc, all rights reserved.
For more information please contact us

Powered by FDM Solutions

Copyright © 1994-2015 Atlantic Financial – AF Asset Management Corp. All Rights reserved.
AF Asset Management Corp. is a Registered Investment Advisor located in Massachusetts using the trade name Atlantic Financial. Atlantic Financial / AF Asset Management is not affiliated with a broker dealer and does not provide brokerage services. Please read our form ADV as well as appropriate memorandums and prospectuses before investing.



SIPC Consumer Website
www.sipc.org
or call (202)371-8300

| NAME AND ADDRESS OF ATTORNEY OR PARTY WITHOUT ATTORNEY: | STATE BAR NUMBER | Reserved for Clerk's File Stamp |
|---|---|---|
| TELEPHONE NO.:  FAX NO. (Optional):  E-MAIL ADDRESS (Optional):  ATTORNEY FOR (Name): | | |

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES**

COURTHOUSE ADDRESS:

PLAINTIFF:

DEFENDANT:

| STIPULATION AND ORDER – MOTIONS IN LIMINE | CASE NUMBER: |
|---|---|

**This stipulation is intended to provide fast and informal resolution of evidentiary issues through diligent efforts to define and discuss such issues and limit paperwork.**

**The parties agree that:**

1. At least _____ days before the final status conference, each party will provide all other parties with a list containing a one paragraph explanation of each proposed motion in limine. Each one paragraph explanation must identify the substance of a single proposed motion in limine and the grounds for the proposed motion.

2. The parties thereafter will meet and confer, either in person or via teleconference or videoconference, concerning all proposed motions in limine. In that meet and confer, the parties will determine:

   a. Whether the parties can stipulate to any of the proposed motions. If the parties so stipulate, they may file a stipulation and proposed order with the Court.

   b. Whether any of the proposed motions can be briefed and submitted by means of a short joint statement of issues. For each motion which can be addressed by a short joint statement of issues, a short joint statement of issues must be filed with the Court 10 days prior to the final status conference. Each side's portion of the short joint statement of issues may not exceed three pages. The parties will meet and confer to agree on a date and manner for exchanging the parties' respective portions of the short joint statement of issues and the process for filing the short joint statement of issues.

3. All proposed motions in limine that are not either the subject of a stipulation or briefed via a short joint statement of issues will be briefed and filed in accordance with the California Rules of Court and the Los Angeles Superior Court Rules.

| SHORT TITLE | CASE NUMBER: |
|---|---|
|  |  |

## The following parties stipulate:

Date:

_____
(TYPE OR PRINT NAME)

Date:

_____
(TYPE OR PRINT NAME)

Date:

_____
(TYPE OR PRINT NAME)

Date:

_____
(TYPE OR PRINT NAME)

Date:

_____
(TYPE OR PRINT NAME)

Date:

_____
(TYPE OR PRINT NAME)

Date:

_____
(TYPE OR PRINT NAME)

➢ _____
(ATTORNEY FOR PLAINTIFF)

➢ _____
(ATTORNEY FOR DEFENDANT)

➢ _____
(ATTORNEY FOR DEFENDANT)

➢ _____
(ATTORNEY FOR DEFENDANT)

➢ _____
(ATTORNEY FOR _____)

➢ _____
(ATTORNEY FOR _____)

➢ _____
(ATTORNEY FOR _____)

## THE COURT SO ORDERS.

Date: _____

_____
JUDICIAL OFFICER

| NAME AND ADDRESS OF ATTORNEY OR PARTY WITHOUT ATTORNEY. | STATE BAR NUMBER | Reserved for Clerk's File Stamp |
|---|---|---|
| TELEPHONE NO.:  FAX NO. (Optional): E-MAIL ADDRESS (Optional): ATTORNEY FOR (Name): | | |

**SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES**

COURTHOUSE ADDRESS:

PLAINTIFF:

DEFENDANT:

| **STIPULATION – DISCOVERY RESOLUTION** | CASE NUMBER: |
|---|---|

This stipulation is intended to provide a fast and informal resolution of discovery issues through limited paperwork and an informal conference with the Court to aid in the resolution of the issues.

The parties agree that:

1. Prior to the discovery cut-off in this action, no discovery motion shall be filed or heard unless the moving party first makes a written request for an Informal Discovery Conference pursuant to the terms of this stipulation.

2. At the Informal Discovery Conference the Court will consider the dispute presented by parties and determine whether it can be resolved informally.  Nothing set forth herein will preclude a party from making a record at the conclusion of an Informal Discovery Conference, either orally or in writing.

3. Following a reasonable and good faith attempt at an informal resolution of each issue to be presented, a party may request an Informal Discovery Conference pursuant to the following procedures:

    a. The party requesting the Informal Discovery Conference will:

        i. File a Request for Informal Discovery Conference with the clerk's office on the approved form (copy attached) and deliver a courtesy, conformed copy to the assigned department;

        ii. Include a brief summary of the dispute and specify the relief requested; and

        iii. Serve the opposing party pursuant to any authorized or agreed method of service that ensures that the opposing party receives the Request for Informal Discovery Conference no later than the next court day following the filing.

    b. Any Answer to a Request for Informal Discovery Conference must:

        i. Also be filed on the approved form (copy attached);

        ii. Include a brief summary of why the requested relief should be denied;

---

LACIV 036 (new)
LASC Approved 04/11
For Optional Use

**STIPULATION – DISCOVERY RESOLUTION**

Page 1 of 3

| SHORT TITLE: | CASE NUMBER: |
|---|---|
| | |

iii.   Be filed within two (2) court days of receipt of the Request; and

iv.   Be served on the opposing party pursuant to any authorized or agreed upon method of service that ensures that the opposing party receives the Answer no later than the next court day following the filing.

c.   No other pleadings, including but not limited to exhibits, declarations, or attachments, will be accepted.

d.   If the Court has not granted or denied the Request for Informal Discovery Conference within ten (10) days following the filing of the Request, then it shall be deemed to have been denied.  If the Court acts on the Request, the parties will be notified whether the Request for Informal Discovery Conference has been granted or denied and, if granted, the date and time of the Informal Discovery Conference, which must be within twenty (20) days of the filing of the Request for Informal Discovery Conference.

e.   If the conference is not held within twenty (20) days of the filing of the Request for Informal Discovery Conference, unless extended by agreement of the parties and the Court, then the Request for the Informal Discovery Conference shall be deemed to have been denied at that time.

4.   If (a) the Court has denied a conference or (b) one of the time deadlines above has expired without the Court having acted or (c) the Informal Discovery Conference is concluded without resolving the dispute, then a party may file a discovery motion to address unresolved issues.

5.   The parties hereby further agree that the time for making a motion to compel or other discovery motion is tolled from the date of filing of the Request for Informal Discovery Conference until (a) the request is denied or deemed denied or (b) twenty (20) days after the filing of the Request for Informal Discovery Conference, whichever is earlier, unless extended by Order of the Court.

It is the understanding and intent of the parties that this stipulation shall, for each discovery dispute to which it applies, constitute a writing memorializing a "specific later date to which the propounding [or demanding or requesting] party and the responding party have agreed in writing," within the meaning of Code Civil Procedure sections 2030.300(c), 2031.320(c), and 2033.290(c).

6.   Nothing herein will preclude any party from applying *ex parte* for appropriate relief, including an order shortening time for a motion to be heard concerning discovery.

7.   Any party may terminate this stipulation by giving twenty-one (21) days notice of intent to terminate the stipulation.

8.   References to "days" mean calendar days, unless otherwise noted.  If the date for performing any act pursuant to this stipulation falls on a Saturday, Sunday or Court holiday, then the time for performing that act shall be extended to the next Court day.

| SHORT TITLE: | CASE NUMBER: |
|---|---|
| | |

**The following parties stipulate:**

Date: _____

_____
(TYPE OR PRINT NAME)

➤ _____
(ATTORNEY FOR PLAINTIFF)

Date: _____

_____
(TYPE OR PRINT NAME)

➤ _____
(ATTORNEY FOR DEFENDANT)

Date: _____

_____
(TYPE OR PRINT NAME)

➤ _____
(ATTORNEY FOR DEFENDANT)

Date: _____

_____
(TYPE OR PRINT NAME)

➤ _____
(ATTORNEY FOR DEFENDANT)

Date: _____

_____
(TYPE OR PRINT NAME)

➤ _____
(ATTORNEY FOR _____)

Date: _____

_____
(TYPE OR PRINT NAME)

➤ _____
(ATTORNEY FOR _____)

Date: _____

_____
(TYPE OR PRINT NAME)

➤ _____
(ATTORNEY FOR _____)

| NAME AND ADDRESS OF ATTORNEY OR PARTY WITHOUT ATTORNEY: | STATE BAR NUMBER | Reserved for Clerk's File Stamp |
|---|---|---|
| | | |

TELEPHONE NO.:                    FAX NO. (Optional):
E-MAIL ADDRESS (Optional):
ATTORNEY FOR (Name):

## SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES

COURTHOUSE ADDRESS:

PLAINTIFF:

DEFENDANT:

| **INFORMAL DISCOVERY CONFERENCE**<br>(pursuant to the Discovery Resolution Stipulation of the parties) | CASE NUMBER: |
|---|---|

1. This document relates to:

   ☐   Request for Informal Discovery Conference
   ☐   Answer to Request for Informal Discovery Conference

2. Deadline for Court to decide on Request: _____ (insert date 10 calendar days following filing of the Request).

3. Deadline for Court to hold Informal Discovery Conference: _____ (insert date 20 calendar days following filing of the Request).

4. **For a Request for Informal Discovery Conference, <u>briefly</u> describe the nature of the discovery dispute, including the facts and legal arguments at issue. For an Answer to Request for Informal Discovery Conference, <u>briefly</u> describe why the Court should deny the requested discovery, including the facts and legal arguments at issue.**

**INFORMAL DISCOVERY CONFERENCE**
(pursuant to the Discovery Resolution Stipulation of the parties)

| NAME AND ADDRESS OF ATTORNEY OR PARTY WITHOUT ATTORNEY | STATE BAR NUMBER | Reserved for Clerk's File Stamp |
|---|---|---|

TELEPHONE NO.:
E-MAIL ADDRESS (Optional):
ATTORNEY FOR (Name):                    FAX NO. (Optional):

## SUPERIOR COURT OF CALIFORNIA, COUNTY OF LOS ANGELES
COURTHOUSE ADDRESS:

PLAINTIFF:

DEFENDANT:

| STIPULATION – EARLY ORGANIZATIONAL MEETING | CASE NUMBER: |
|---|---|

**This stipulation is intended to encourage cooperation among the parties at an early stage in the litigation and to assist the parties in efficient case resolution.**

**The parties agree that:**

1. The parties commit to conduct an initial conference (in-person or via teleconference or via videoconference) within 15 days from the date this stipulation is signed, *to discuss and consider whether there can be agreement on the following*:

   a. Are motions to challenge the pleadings necessary? If the issue can be resolved by amendment as of right, or if the Court would allow leave to amend, could an amended complaint resolve most or all of the issues a demurrer might otherwise raise? If so, the parties agree to work through pleading issues so that a demurrer need only raise issues they cannot resolve. Is the issue that the defendant seeks to raise amenable to resolution on demurrer, or would some other type of motion be preferable? Could a voluntary targeted exchange of documents or information by any party cure an uncertainty in the pleadings?

   b. Initial mutual exchanges of documents at the "core" of the litigation. (For example, in an employment case, the employment records, personnel file and documents relating to the conduct in question could be considered "core." In a personal injury case, an incident or police report, medical records, and repair or maintenance records could be considered "core.");

   c. Exchange of names and contact information of witnesses;

   d. Any insurance agreement that may be available to satisfy part or all of a judgment, or to indemnify or reimburse for payments made to satisfy a judgment;

   e. Exchange of any other information that might be helpful to facilitate understanding, handling, or resolution of the case in a manner that preserves objections or privileges by agreement;

   f. Controlling issues of law that, if resolved early, will promote efficiency and economy in other phases of the case. Also, when and how such issues can be presented to the Court;

   g. Whether or when the case should be scheduled with a settlement officer, what discovery or court ruling on legal issues is reasonably required to make settlement discussions meaningful, and whether the parties wish to use a sitting judge or a private mediator or other options as

| SHORT TITLE: | CASE NUMBER: |
|---|---|
| | |

discussed in the "Alternative Dispute Resolution (ADR) Information Package" served with the complaint;

h.   Computation of damages, including documents, not privileged or protected from disclosure, on which such computation is based;

i.   Whether the case is suitable for the Expedited Jury Trial procedures (see information at *www.lacourt.org* under "*Civil*" and then under "*General Information*").

2.   The time for a defending party to respond to a complaint or cross-complaint will be extended
to _____ for the complaint, and _____ for the cross-
      (INSERT DATE)                       (INSERT DATE)
complaint, which is comprised of the 30 days to respond under Government Code § 68616(b), and the 30 days permitted by Code of Civil Procedure section 1054(a), good cause having been found by the Civil Supervising Judge due to the case management benefits provided by this Stipulation. A copy of the General Order can be found at *www.lacourt.org* under "*Civil*", click on "*General Information*", then click on "*Voluntary Efficient Litigation Stipulations*".

3.   The parties will prepare a joint report titled "Joint Status Report Pursuant to Initial Conference and Early Organizational Meeting Stipulation, and if desired, a proposed order summarizing results of their meet and confer and advising the Court of any way it may assist the parties' efficient conduct or resolution of the case.  The parties shall attach the Joint Status Report to the Case Management Conference statement, and file the documents when the CMC statement is due.

4.   References to "days" mean calendar days, unless otherwise noted.  If the date for performing any act pursuant to this stipulation falls on a Saturday, Sunday or Court holiday, then the time for performing that act shall be extended to the next Court day

The following parties stipulate:

Date:

_____
         (TYPE OR PRINT NAME)

Date:

_____
         (TYPE OR PRINT NAME)

Date:

_____
         (TYPE OR PRINT NAME)

Date:

_____
         (TYPE OR PRINT NAME)

Date:

_____
         (TYPE OR PRINT NAME)

Date:

_____
         (TYPE OR PRINT NAME)

_____
         (TYPE OR PRINT NAME)

➤ _____
     (ATTORNEY FOR PLAINTIFF)

➤ _____
     (ATTORNEY FOR DEFENDANT)

➤ _____
     (ATTORNEY FOR DEFENDANT)

➤ _____
     (ATTORNEY FOR DEFENDANT)

➤ _____
     (ATTORNEY FOR _____)

➤ _____
     (ATTORNEY FOR _____)

➤ _____
     (ATTORNEY FOR _____)

## VOLUNTARY EFFICIENT LITIGATION STIPULATIONS



**Superior Court of California
County of Los Angeles**



**Los Angeles County
Bar Association
Litigation Section**

**Los Angeles County
Bar Association Labor and
Employment Law Section**



**Consumer Attorneys
Association of Los Angeles**



**Southern California
Defense Counsel**



**Association of
Business Trial Lawyers**



**California Employment
Lawyers Association**

The Early Organizational Meeting Stipulation, Discovery Resolution Stipulation, and Motions in Limine Stipulation are voluntary stipulations entered into by the parties. The parties may enter into one, two, or all three of the stipulations; however, they may not alter the stipulations as written, because the Court wants to ensure uniformity of application. These stipulations are meant to encourage cooperation between the parties and to assist in resolving issues in a manner that promotes economic case resolution and judicial efficiency.

*The following organizations endorse the goal of promoting efficiency in litigation and ask that counsel consider using these stipulations as a voluntary way to promote communications and procedures among counsel and with the court to fairly resolve issues in their cases.*

◆**Los Angeles County Bar Association Litigation Section**◆

◆ **Los Angeles County Bar Association
Labor and Employment Law Section**◆

◆**Consumer Attorneys Association of Los Angeles**◆

◆**Southern California Defense Counsel**◆

◆**Association of Business Trial Lawyers**◆

◆**California Employment Lawyers Association**◆



LACIV 230 (NEW)
LASC Approved 4-11
For Optional Use

 **Superior Court of California, County of Los Angeles**

<div style="border:1px solid">

# ALTERNATIVE DISPUTE RESOLUTION (ADR)
# INFORMATION PACKAGE

**THE PLAINTIFF MUST SERVE THIS ADR INFORMATION PACKAGE ON EACH PARTY WITH THE COMPLAINT.**

**CROSS-COMPLAINANTS** must serve this ADR Information Package on any new parties named to the action with the cross-complaint.

</div>

## What is ADR?

ADR helps people find solutions to their legal disputes without going to trial. The main types of ADR are negotiation, mediation, arbitration, and settlement conferences. When ADR is done by phone, videoconference or computer, it may be called Online Dispute Resolution (ODR). These alternatives to litigation and trial are described below.

## Advantages of ADR

- **Saves Time:** ADR is faster than going to trial.
- **Saves Money:** Parties can save on court costs, attorney's fees, and witness fees.
- **Keeps Control** (with the parties): Parties choose their ADR process and provider for voluntary ADR.
- **Reduces Stress/Protects Privacy:** ADR is done outside the courtroom, in private offices, by phone or online.

## Disadvantages of ADR

- **Costs:** If the parties do not resolve their dispute, they may have to pay for ADR and litigation and trial.
- **No Public Trial:** ADR does not provide a public trial or a decision by a judge or jury.

## Main Types of ADR:

1. **Negotiation**: Parties often talk with each other in person, or by phone or online about resolving their case with a settlement agreement instead of a trial. If the parties have lawyers, they will negotiate for their clients.

2. **Mediation**: In mediation, a neutral mediator listens to each person's concerns, helps them evaluate the strengths and weaknesses of their case, and works with them to try to create a settlement agreement that is acceptable to all.  Mediators do not decide the outcome. Parties may go to trial if they decide not to settle.

   **Mediation may be appropriate when the parties**
   - want to work out a solution but need help from a neutral person.
   - have communication problems or strong emotions that interfere with resolution.

   **Mediation may <u>not</u> be appropriate when the parties**
   - want a public trial and want a judge or jury to decide the outcome.
   - lack equal bargaining power or have a history of physical/emotional abuse.

LASC CIV 271 Rev. 01/20
For Mandatory Use

1

**How to arrange mediation in Los Angeles County**

Mediation for civil cases is voluntary and parties may select any mediator they wish. Options include:

a. **The Civil Mediation Vendor Resource List**
   <u>If all parties agree to mediation</u>, they may contact these organizations to request a "Resource List Mediation" for mediation at reduced cost or no cost (for selected cases):

   - **ADR Services, Inc.** Case Manager <u>patricia@adrservices.com</u> (310) 201-0010 (Ext. 261)
   - **JAMS, Inc.** Senior Case Manager <u>mbinder@jamsadr.com</u> (310) 309-6204
   - **Mediation Center of Los Angeles (MCLA)** Program Manager <u>info@mediationLA.org</u> (833) 476-9145
     - Only MCLA provides mediation in person, by phone and by videoconference.

   **These organizations cannot accept every case and they may decline cases at their discretion.**
   Visit <u>www.lacourt.org/ADR.Res.List</u> for important information and FAQs <u>before</u> contacting them.
   NOTE:  This program does not accept <u>family law, probate, or small claims cases.</u>

b. **Los Angeles County Dispute Resolution Programs**
   <u>https://wdacs.lacounty.gov/programs/drp/</u>
   - Small claims, unlawful detainers (evictions) and, at the Spring Street Courthouse, limited civil:
     - Free, day- of- trial mediations at the courthouse. No appointment needed.
     - Free or low-cost mediations <u>before</u> the day of trial.
     - For free or low-cost Online Dispute Resolution (ODR) by phone or computer <u>before</u> the day of trial visit
       <u>http://www.lacourt.org/division/smallclaims/pdf/OnlineDisputeResolutionFlyer-EngSpan.pdf</u>

c. **Mediators and ADR and Bar organizations** that provide mediation may be found on the internet.

---

3. **Arbitration:** Arbitration is less formal than trial, but like trial, the parties present evidence and arguments to the person who decides the outcome. In "binding" arbitration, the arbitrator's decision is final; there is no right to trial. In "nonbinding" arbitration, any party can request a trial after the arbitrator's decision. For more information about arbitration, visit  <u>http://www.courts.ca.gov/programs-adr.htm</u>

4. **Mandatory Settlement Conferences (MSC):** MSCs are ordered by the Court and are often held close to the trial date or on the day of trial.  The parties and their attorneys meet with a judge or settlement officer who does not make a decision but assists the parties in evaluating the strengths and weaknesses of the case and in negotiating a settlement.  For information about the Court's MSC programs for civil cases, visit
   <u>http://www.lacourt.org/division/civil/CI0047.aspx</u>

Los Angeles Superior Court ADR website:  http://www.lacourt.org/division/civil/CI0109.aspx
For general information and videos about ADR, visit <u>http://www.courts.ca.gov/programs-adr.htm</u>

LASC CIV 271 Rev. 01/20
For Mandatory Use

2